IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Jerome Birdsong and ) | |
| Rocio Dominguez, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | Case No. 13-CV-2090 JAR/DJW |
| ) | |
| Unified Government of ) | |
| Kansas City, Kansas, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO REPLY TO DEFENDANTS MOTION TO DISMISS**

Plaintiffs Jerome Birdsong and Rocio Dominguez, by and through their attorney of record, move for an extension of time to May 2, 2013 to reply to the all Defendants' Motion to Dismiss. In support of their motion, Plaintiffs states as follows:

1. Plaintiffs reply to Defendants Bell and Mills Motion to Dismiss is due April 2, 2013.

2. The remaining Defendants have filed a separate Motion to Dismiss, and the Reply is currently due on April 12, 2013.

3. The issues raised are essentially the same in both motions.

4. Plaintiffs' counsel needs additional time to respond to the issues raised by all defendants.

5. This is plaintiffs' first request for an extension of time to respond to both motions.

6. Sean McCauley and Henry Couchman, attorneys for Defendants, have indicated that they have no objection to the requested extension of time.

WHEREFORE, Plaintiffs move for an extension of time to May 2, 2013 to reply to Defendants' Motion to Dismiss.

RESPECTFULLY SUBMITTED,

s/Rebecca Hamilton
Rebecca Hamilton
Bar Number 12224
816 Ann Avenue
Kansas City, KS 66101
Tel. (913 689-9080
Fax (913) 342-2016
Attorney for Plaintiffs

### Certificate of Service

The undersigned certifies that on April 2, 2013, a copy of the foregoing was sent electronically to:

Sean P. McCauley
McCauley & Roach, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri 64111
Attorney for Defendants Mills and Bell

Jennifer Meyers
Unified Government Legal Department
701 N. 7th St., Ste 961
Kansas City, KS 66101
Attorney for Defendant Breshears

Henry Couchman
Unified Government Legal Department
701 N. 7th St., Ste 961
Kansas City, KS 66101
Attorney for all other Defendants

/s Rebecca Hamilton
Rebecca Hamilton
