IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Jerome Birdsong and Rocio Dominguez,<br><br>　　　　Plaintiffs<br><br>vs.<br><br>Unified Government of Kansas City, Kansas, et al.,<br><br>　　　　Defendants. | Case No. 13-CV-2090 JAR/DJW |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO REPLY TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs Jerome Birdsong and Rocio Dominguez, by and through their attorney of record, move for an extension of time to June 2, 2013 to reply to the all Defendants' Motion to Dismiss. In support of their motion, Plaintiffs states as follows:

1. Plaintiffs' reply to all Defendants' Motion to Dismiss is currently due on May 2, 2013. This is plaintiffs' second request for an extension of time to respond to both motions.

2. Plaintiffs' counsel needs additional time to respond to the issues raised by all defendants.

3. Sean McCauley and Henry Couchman, attorneys for Defendants, have indicated that they have no objection to the requested extension of time.

　　WHEREFORE, Plaintiffs move for an extension of time to June 2, 2013 to reply to Defendants' Motion to Dismiss.

RESPECTFULLY SUBMITTED,

s/Rebecca Hamilton
Rebecca Hamilton
Bar Number 12224
816 Ann Avenue
Kansas City, KS 66101
Tel. (913 689-9080
Fax (913) 342-2016
Attorney for Plaintiffs

**Certificate of Service**

The undersigned certifies that on May 2, 2013, a copy of the foregoing was sent electronically to:

Sean P. McCauley
McCauley & Roach, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri 64111
Attorney for Defendants Mills and Bell

Jennifer Meyers
Unified Government Legal Department
701 N. 7th St., Ste 961
Kansas City, KS 66101
Attorney for Defendant Breshears

Henry Couchman
Unified Government Legal Department
701 N. 7th St., Ste 961
Kansas City, KS 66101
Attorney for all other Defendants

/s Rebecca Hamilton
Rebecca Hamilton