IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Jerome Birdsong and ) | |
| Rocio Dominguez, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | Case No. 13-CV-2090 |
| ) | |
| Unified Government of ) | |
| Kansas City, Kansas, et al., ) | |
| ) | |
| Defendants. ) | |

PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO REPLY TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs Jerome Birdsong and Rocio Dominguez, by and through their attorney of record, move for an extension of time to June 14, 2013 to reply to all Defendants' Motion to Dismiss. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs' reply to all Defendants' Motion to Dismiss is currently due on June 2, 2013. This is plaintiffs' third request for an extension of time to respond to both motions.

2. Plaintiffs' counsel needs additional time to respond to the issues raised by all defendants.

3. Henry Couchman has indicated that he has no objection to the requested extension of time. Plaintiffs have not heard back from Sean McCauley regarding this request.

WHEREFORE, Plaintiffs move for an extension of time to June 14, 2013 to reply to Defendants' Motion to Dismiss.

                                                                                    RESPECTFULLY SUBMITTED,

                                                                                    s/Rebecca Hamilton  
                                                                                    Rebecca Hamilton  
                                                                                    Bar Number 12224  
                                                                                    816 Ann Avenue  
                                                                                    Kansas City, KS 66101  
                                                                                    Tel. (913 689-9080  
                                                                                    Fax (913) 342-2016  
                                                                                    Attorney for Plaintiffs

**Certificate of Service**

       The undersigned certifies that on June 4, 2013, a copy of the foregoing was sent electronically to:

Sean P. McCauley  
McCauley & Roach, LLC  
527 W. 39th Street, Suite 200  
Kansas City, Missouri 64111  
Attorney for Defendants Mills and Bell

Jennifer Meyers  
Unified Government Legal Department  
701 N. 7th St., Ste 961  
Kansas City, KS 66101  
Attorney for Defendant Breshears

Henry Couchman  
Unified Government Legal Department  
701 N. 7th St., Ste 961  
Kansas City, KS 66101  
Attorney for all other Defendants

                                                                                    /s Rebecca Hamilton  
                                                                                    Rebecca Hamilton