IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Jerome Birdsong and <br> Rocio Dominguez, <br><br>       Plaintiffs <br><br> vs. <br><br> Unified Government of <br> Kansas City, Kansas, et al., <br><br>       Defendants. | Case No. 13-CV-2090 |

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO REPLY TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs Jerome Birdsong and Rocio Dominguez, by and through their attorney of record, move for an extension of time to June 30, 2013 to reply to all Defendants' Motion to Dismiss. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs' reply to all Defendants' Motion to Dismiss is currently due on June 14, 2013. This is plaintiffs' fourth request for an extension of time to respond to both motions.

2. Plaintiffs' counsel needs additional time to respond to the issues raised by all defendants. Counsel has an unusual number of Off Grid and Severity Level One cases pending at the current time, with two back-to-back murder trials set in July. Counsel has one rape case set for trial and two rape/indecent liberties cases set for preliminary hearing, an aggravated kidnapping/robbery case set for preliminary hearing, a distribution of meth case set for trial,

and two aggravated battery cases pending.  In addition to these criminal cases, counsel has discovery deadlines in another civil rights case coming up in the next few weeks.

3. Because of the day-to-day demands of these cases, counsel has only had short intervals of time to devote to the necessary legal research, legal analysis and the drafting of Plaintiffs' reply.  The first block of time that can be set aside to complete the reply is during the week of June 24th.  Plaintiffs' are requesting an extension to June 30, 2013.

4. Henry Couchman has indicated that he has no objection to the requested extension of time.  Plaintiffs have not heard back from Sean McCauley regarding this request.  This will be Plaintiffs' last request for an extension of time to complete the Reply.

WHEREFORE, Plaintiffs move for an extension of time to June 30, 2013 to reply to Defendants' Motion to Dismiss.

RESPECTFULLY SUBMITTED,

s/Rebecca Hamilton
Rebecca Hamilton
Bar Number 12224
816 Ann Avenue
Kansas City, KS 66101
Tel. (913 689-9080
Fax (913) 342-2016
Attorney for Plaintiffs

**Certificate of Service**

The undersigned certifies that on June 19, 2013, a copy of the foregoing was sent electronically to:

Sean P. McCauley
McCauley & Roach, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri 64111
Attorney for Defendants Mills and Bell

Jennifer Meyers
Unified Government Legal Department
701 N. 7th St., Ste 961
Kansas City, KS 66101
Attorney for Defendant Breshears

Henry Couchman
Unified Government Legal Department
701 N. 7th St., Ste 961
Kansas City, KS 66101
Attorney for all other Defendants

/s Rebecca Hamilton
Rebecca Hamilton