IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Jerome Birdsong and | ) | |
| Rocio Dominguez, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | Case No. 13-CV-2090 |
| | ) | |
| Unified Government of | ) | |
| Kansas City, Kansas, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PLAINTIFFS' MOTION FOR RECONSIDERATION

Plaintiffs Jerome Birdsong and Rocio Dominguez, by and through their attorney of record, move the court to reconsider the order denying the Amended Motion for an Extension of Time to Reply to Defendants' Motion to Dismiss. The Motion for an Extension was denied because Plaintiffs' fifth request for an extension of time was filed after the previous deadline and no explanation was made for why the motion was filed out of time or why more time was needed.

I. Why More Time is Needed

Part of the reason why more time is needed is the complexity of the factual and legal issues presented in this case. The factual basis for this case involves two plaintiffs, twelve

defendants, and extends over a 16 month time period. The defendants have retained three attorneys and have filed two separate Motions to Dismiss.  Legally, the statue of limitations issue is complicated by the fact that many distinct events may fall under the umbrella of a conspiracy to maliciously prosecute, an exception to the general accrual date for the statute of limitations.

    This case is complex and time consuming even for Henry Couchman, an experienced civil rights attorney and long-time representative of the Unified Government and the Kansas CIty, Kansas Police Department.  In the UG's third and final request for an extension, Mr. Couchman suggested that more time was needed to file an answer because they were responding to an 18 count complaint and were representing 10 of the twelve defendants.  The original complaint was filed on October 26, 2012 in Wyandotte County District Court and the UG's motion to dismiss was filed six months later.

    Another reason more time is needed is that plaintiffs' counsel is also preparing a proposed amended complaint to accompany the reply to the motions to dismiss.  Through recent discussions with former KCK police officers and other citizens of Kansas City, Kansas, additional information has come to light directly related to plaintiff's "Monell" claims and the policies and procedures of the KCK police department.

    Transcripts of the three preliminary hearings held in the Wyandotte County District Court have also become available for review.  The sworn statements of three of these defendants provide additional support for plaintiffs' assertion that the police department conspired to maliciously prosecuted Jerome Birdsong and repeatedly and flagrantly ignored his Constitutional rights and those of his girlfriend, Rocio Dominguez, in the process.

II.  Why the Request for an Extension of Time was Filed After the Previous Deadline

Counsel would like to apologize for the failure to file the request for an extension in a timely fashion.  Counsel made every effort to finalize the reply and prepare a companion proposed second amended complaint before the deadline, but when it became clear that it would not be possible,  mistakes were made in addressing the situation.  Counsel mistakenly believed that the UG had filed their motion to dismiss five days after the due date.   Based on that misunderstanding, counsel continued to work on the reply hoping to file it within four or five days of the due date.  It was only when preparing the motion for reconsideration that counsel discovered that the UG had filed a third request for an extension of time without attempting to contact Plaintiffs' counsel, and that an order was made extending the deadline to the date requested in the third motion.

Counsel has previously underestimated the time necessary to complete the plaintiffs' reply to the defendants' motion to dismiss and has mishandled the requests for additional time.  If the Court would kindly allow Plaintiffs' counsel an opportunity to finalize the reply and proposed second amended complaint, every effort will be made to apply lessons learned and do better in the future.

Counsel requested an extension of time to July 21, 2013, but this may again underestimate the time necessary to fully develop the necessary facts and applicable law.  Any additional time would not be squandered, but applied to a clear and complete reply and proposed second amended complaint for the Court's consideration.

WHEREFORE, Plaintiffs move the Court to reconsider the order denying plaintiffs' request for additional time and to extend the deadline to July 21, 2013, or such other time as the Court may find reasonable under the circumstances.

                RESPECTFULLY SUBMITTED,

                s/Rebecca Hamilton
                Rebecca Hamilton
                Bar Number 12224
                816 Ann Avenue
                Kansas City, KS 66101
                Tel. (913 689-9080
                Fax (913) 342-2016
                Attorney for Plaintiffs

**Certificate of Service**

The undersigned certifies that on July 12, 2013, a copy of the foregoing was sent electronically to:

Sean P. McCauley
McCauley & Roach, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri 64111
Attorney for Defendants Mills and Bell

Henry Couchman
Jennifer Meyers
Unified Government Legal Department
701 N. 7th St., Ste 961
Kansas City, KS 66101
Attorney for all other Defendants

                /s Rebecca Hamilton
                Rebecca Hamilton