IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Jerome Birdsong, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 13-cv-2090 |
| ) | |
| Unified Government of ) | |
| Kansas City, Kansas, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**COMES BEFORE THE COURT** Application for Attorney's Fees and Joint Stipulation and Request for Order.  (Docs. 55, 56).

On January 10, 2014, this Court issued an Order directing Plaintiffs' counsel to reimburse Defendants Bell and Mills for the reasonable attorneys' fees incurred in replying to the response to the motion to dismiss.  (Doc. 53).

Defendants Bell and Mills accordingly moved for attorney's fees.  (Doc. 55). Plaintiffs and Defendants Bell and Mills consulted on the matter and stipulated to reimbursement of $1,032.  (Doc. 56).

**IT IS THEREFORE ORDERED** Defendants Bell and Mills' Application for Attorney's Fees is **GRANTED** and Plaintiffs' counsel is **ORDERED** to reimburse Defendants Bell and Mills for attorneys' fees in the amount of $1,032.

**IT IS SO ORDERED**.

Dated:      February 7, 2014              s/Julie A. Robinson
                                          JULIE A. ROBINSON
                                          UNITED STATES DISTRICT JUDGE