IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Jerome Birdsong and Rocio Dominguez, <br><br> Plaintiffs <br><br> vs. <br><br> Unified Government of Kansas City, Kansas, et al., <br><br> Defendants. | Case No. 13-CV-2090 |

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT GORMAN'S MOTION TO DISMISS

Plaintiffs Jerome Birdsong and Rocio Dominguez, by and through their attorney of record, move for an extension of time to May 8, 2014 to respond to Defendant Gorman's Motion to Dismiss. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs' response to Defendant Gorman's Motion to Dismiss is currently due on April 8, 2014. This is Plaintiffs' first request for an extension of time to respond.

2. Plaintiffs' counsel needs additional time to respond to the issues raised by Defendant Gorman. Plaintiffs' counsel has jury trials scheduled on April 14, 2014 and April 28, 2014, and is working on a response to a summary judgment that is due later this week.

3. Sean McCauley and Stephen Phillips do not object to the requested extension of time. Plaintiffs' counsel was unable to reach Henry Couchman.

WHEREFORE, Plaintiffs move for an extension of time to May 8, 2014 to respond to Defendant Gorman's Motion to Dismiss.

RESPECTFULLY SUBMITTED,

s/Rebecca Hamilton
Rebecca Hamilton
Bar Number 12224
816 Ann Avenue
Kansas City, KS 66101
Tel. (913 689-9080
Fax (913) 342-2016
Attorney for Plaintiffs

**Certificate of Service**

The undersigned certifies that on March 8, 2014, a copy of the foregoing was sent electronically to:

Stephen Phillips
Assistant Attorney General
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, KS 66612-1597
Attorney for Jerome Gorman

Sean P. McCauley
Michael T. Miller
McCauley & Roach, LLC
527 W. 39th Street, Suite 200
Kansas City, Missouri 64111
Attorney for Defendants Mills and Bell

Henry Couchman
Jennifer Meyers
Unified Government Legal Department
701 N. 7th St., Ste 961
Kansas City, KS 66101
Attorney for all other Defendants

/s Rebecca Hamilton  
Rebecca Hamilton