IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| Jerome Birdsong and | ) |
| Rocio Dominguez, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| vs. | ) Case No. 13-CV-2090 |
| | ) |
| Unified Government of | ) |
| Kansas City, Kansas, et al., | ) |
| | ) |
| Defendants. | ) |

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT GORMAN'S MOTION TO DISMISS

Plaintiffs Jerome Birdsong and Rocio Dominguez, by and through their attorney of record, move for an extension of time to May 15, 2014 to respond to Defendant Gorman's Motion to Dismiss. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs' response to Defendant Gorman's Motion to Dismiss is currently due on May 8, 2014. This is Plaintiffs' third and final request for an extension of time to respond.

2. Because of jury trial settings and other pending matters, Plaintiffs' counsel needs an additional seven days to respond to the issues raised by Defendant Gorman.

3. Sean McCauley, Stephen Phillips, and Henry Couchman do not object to the requested extension of time. This will be Plaintiff's final request for additional time.

WHEREFORE, Plaintiffs move for an extension of time to May 15, 2014 to respond to Defendant Gorman's Motion to Dismiss.

RESPECTFULLY SUBMITTED,

s/Rebecca Hamilton
Rebecca Hamilton
Bar Number 12224
816 Ann Avenue
Kansas City, KS 66101
Tel. (913 689-9080
Fax (913) 342-2016
Attorney for Plaintiffs

**Certificate of Service**

The undersigned certifies that on May 8, 2014, a copy of the foregoing was sent electronically to:

Stephen Phillips
Assistant Attorney General
Attorney for Jerome Gorman

Sean P. McCauley
McCauley & Roach, LLC
Attorney for Defendants Mills and Bell

Henry Couchman
Unified Government Legal Department
Attorney for all other Defendants

/s Rebecca Hamilton
Rebecca Hamilton