# KANSAS STANDARD ARREST REPORT

☒ INITIAL  ☐ ADD  ☐ MODIFY  ☐ DELETE    PAGE 1 OF 4

☒ ADULT   ☐ JUVENILE   ☐ DOMESTIC VIOLENCE   ☐ RUNAWAY

## ARREST

| | | | |
|---|---|---|---|
| NAME OF AGENCY: KCKPD | KS AGENCY ORI NUMBER: KS1050200 | CASE NUMBER: 2010050328 | DATE AND TIME OF ARREST: 05/03/10  2051 |
| ARREST TRANSACTION NUMBER | KBI NUMBER | LOCAL NUMBER | CAMPUS CODE |

TYPE OF ARREST: ☐ ON - VIEW  ☒ TAKEN INTO CUSTODY
☐ SUMMONED / CITED - NOT TAKEN INTO CUSTODY  ☐ RUNAWAY

DISPOSITION OF JUVENILE ARREST OR RUNAWAY:
☐ HANDLED IN DEPARTMENT    ☐ REFERRED TO OTHER AUTHORITIES

ARREST / CONTACT LOCATION: 10 ? MCALPINE  KCKS 66105
WARRANT # ___  DATE ___

## ARRESTEE #

ARRESTEE'S / RUNAWAY NAME:  LAST: BIRDSONG   FIRST: JEROME III   MIDDLE:
ALIASES - MONIKERS:

ADDRESS:  STREET: 1255 DOUGLAS   CITY: KCKS 66105   STATE:   ZIP:   TELEPHONE NUMBER (HOME):

| HEIGHT: 5 | WEIGHT: 210 | HAIR: BLN | EYES: BLU | RACE: W | SEX: M | ETHNICITY: N | POS / N RES: R | AGE: 28 | DATE OF BIRTH (MM/DD/CCYY): ___/1981 | PLACE OF BIRTH (STATE / COUNTRY): KS |
| HAIR LENGTH: S | HAIR STYLE: S | FACIAL HAIR: G | GLASSES | TEETH | EYE APPEARANCE | COMPLEXION: L | BUILD: S | R - L HANDED: R | SPEECH |

SCARS - MARKS:   TATTOOS:   ARRESTEE WORE:   APPEARANCE: M

DRIVERS LICENSE NUMBER:   D L STATE:   SOCIAL SECURITY NUMBER: ___561B   EMPLOYER / SCHOOL: SELF

TELEPHONE NUMBER (WORK / SCHOOL):   ADDRESS: STREET:   CITY:   STATE:   ZIP:

ARRESTEE INJURIES: NONE   MIRANDA: DATE - TIME:   BY:   ARREST APPROVED BY: SGT. NAULMARK #1729

ARRESTEE ARMED WITH ( MAXIMUM OF 2 ):  ☒ UNARMED
☐ HANDGUN  ☐ AUTO   ☐ SHOTGUN  ☐ AUTO   ☐ CLUB /
☐ RIFLE  ☐ AUTO   ☐ LETHAL CUTTING   ☐ BLACKJACK
☐ OTHER  ☐ AUTO   INSTRUMENT   / KNUCKS

ARRESTEE BEHAVIOR  (ALL APPLICABLE):
☐ DRUNK   ☐ RESISTED   ☐ BIZARRE BEHAVIOR   ☐ OTHER
☐ DRINKING   ☐ PROFANE   ☐ SUICIDAL REMARKS
☐ INJURED   ☒ LOUD   ☐ COOPERATIVE

## ADDITIONAL INCIDENTS / CHARGES

| CASE NUMBER: 2010050328 | DATE OF INCIDENT: 05/03/2010 | STATE STATUTE VIOLATION: 21-36a06(B)(3) | OFFENSE WAS: ☐ ATTEMPTED  ☒ COMPLETED | CLEARANCE INDICATOR: ☒ COUNT  ☐ MULTIPLE |
|---|---|---|---|---|

DESCRIPTION: POSS. OF MARIJUANA
LOCAL CODE:
ADDITIONAL CHARGES:
☐ AID / ABET  ☐ CONSPIRACY  ☐ SOLICITATION   ☐ OUTSIDE AGENCY

TYPE OF THEFT:
L ☐ SHOPLIFTING   V ☐ MOTOR VEHICLE
M ☐ COIN MACHINE   P ☐ POCKET-PICKING   F ☐ THEFT FROM M V
B ☐ FROM BUILDING   S ☐ PURSE SNATCHING   O ☐ ALL OTHER
A ☐ M V PARTS & ACC   E ☐ EMBEZZLEMENT   N ☒ NOT APPLICABLE
T ☐ POSS. STOLEN PROP

| CASE NUMBER: 2010050328 | DATE OF INCIDENT: 05/03/2010 | STATE STATUTE VIOLATION: 21-36A09 | OFFENSE WAS: ☐ ATTEMPTED  ☒ COMPLETED | CLEARANCE INDICATOR: ☐ COUNT  ☒ MULTIPLE |
|---|---|---|---|---|

DESCRIPTION: POSS. OF DRUG PARAPHERNALIA
LOCAL CODE:
ADDITIONAL CHARGES:
☐ AID / ABET  ☐ CONSPIRACY  ☐ SOLICITATION   ☐ OUTSIDE AGENCY

TYPE OF THEFT:
L ☐ SHOPLIFTING   V ☐ MOTOR VEHICLE
M ☐ COIN MACHINE   P ☐ POCKET-PICKING   F ☐ THEFT FROM M V
B ☐ FROM BUILDING   S ☐ PURSE SNATCHING   O ☐ ALL OTHER
A ☐ M V PARTS & ACC   E ☐ EMBEZZLEMENT   N ☒ NOT APPLICABLE
T ☐ POSS. STOLEN PROP.

| CASE NUMBER: 2010050328 | DATE OF INCIDENT: 05/03/2010 | STATE STATUTE VIOLATION: 8-262 | OFFENSE WAS: ☐ ATTEMPTED  ☒ COMPLETED | CLEARANCE INDICATOR: ☐ COUNT  ☒ MULTIPLE |
|---|---|---|---|---|

DESCRIPTION: DRIVING WHILE SUSPENDED
LOCAL CODE:
ADDITIONAL CHARGES:
☐ AID / ABET  ☐ CONSPIRACY  ☐ SOLICITATION   ☐ OUTSIDE AGENCY

TYPE OF THEFT:
L ☐ SHOPLIFTING   V ☐ MOTOR VEHICLE
M ☐ COIN MACHINE   P ☐ POCKET-PICKING   F ☐ THEFT FROM M V
B ☐ FROM BUILDING   S ☐ PURSE SNATCHING   O ☐ ALL OTHER
A ☐ M V PARTS & ACC   E ☐ EMBEZZLEMENT   N ☒ NOT APPLICABLE
T ☐ POSS. STOLEN PROP.

## VEHICLE

| VEHICLE YEAR: 2006 | MAKE: CHRY | MODEL: VAN | STYLE: 3DR | COLOR: SILV | VIN NUMBER: A?0P?5?565585433 | LICENSE #: 488GY | STATE: KS | YEAR: '10 |
|---|---|---|---|---|---|---|---|---|

TOWED BY:   DRIVER:   LOCATION OF KEYS:   LOCATION OF VEHICLE:   CONDITION:
OWNER:   ADDRESS:
RELEASED TO:   ADDRESS:   DATE:   TIME:

REPORTING OFFICER: P. LOCKE   ID#: 1804   DATE: 05/03/2010   COPIES TO:   SUPERVISING OFFICER: SGT ___   ID#:

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   UG00005

# KANSAS STANDARD ARREST REPORT

PAGE 2 OF 4

## PARENT / GUARDIAN

| PARENT / GUARDIAN NAME | | ADDRESS (HOME) | | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| EMPLOYER | | ADDRESS (EMPLOYER) | | CITY | STATE | ZIP |
| TELEPHONE NUMBER (HOME) | TELEPHONE NUMBER (WORK) | | TELEPHONE NUMBER (OTHER) | | | |
| PARENT / GUARDIAN NAME | | ADDRESS (HOME) | | CITY | STATE | ZIP |
| EMPLOYER | | ADDRESS (EMPLOYER) | | CITY | STATE | ZIP |
| TELEPHONE NUMBER (HOME) | TELEPHONE NUMBER (WORK) | | TELEPHONE NUMBER (OTHER) | | | |

## NARRATIVE / AFFIDAVIT

State of Kansas:_____ County ss:

I_____ of lawful age after first being duly sworn on oath on information and belief states:

OFFICERS HAD INFORMATION THAT THE LISTED SUBJECT WAS RUNNING FROM POLICE AND HAD WARRANT THROUGH PREVIOUS CONTACTS WITH SUBJECT I WAS ABLE TO POSITIVELY IDENTIFY THE SUBJECT ON 10TH STREET. SUBJECT WAS STOPPED AND TAKEN INTO CUSTODY FOR CONFIRMED WARRANTS. UPON CONTACT OFFICERS COULD SMELL MARIJUANA, MARIJUANA ROACH LOCATED IN THE CENTER CONSOLE AND A DIGITAL SCALE UNDER SUBJECTS SEAT. MARIJUANA TESTED POSITIVE FOR PRESUMPTIVE PRESENCE OF THC BY SGT. HVULMARK. SUBJECT BOOKED AT THE WYCO JAIL AND EVIDENCE PUT INTO PROPERTY.

I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Executed _____ DAY OF _____, 20 ___

X _____ (Signature)

## OTHER

**EVIDENCE:**
- ☐ LATENT PRINTS  ☐ STAINS  ☐ WEAPONS - TOOLS  ☐ DRUGS  ☐ SEXUAL  ☐ DNA
- ☐ OTHER PRINTS  ☐ BLOOD  ☐ DOCUMENTS  ☐ ALCOHOL  ASSAULT KIT  ☐ NONE
- ☐ HAIR  ☐ SEMEN  ☐ PHOTOS  ☐ OTHER

**SUPPORTING DOCUMENTS:**
- ☐ COMMITMENT ORDER  ☐ MEDICAL RELEASE  ☐ CUSTODY SLIP  ☐ INCIDENT REPORT  ☐ NONE
- ☐ COPY OF BOND  ☐ JUDGE'S NOTES  ☐ SIX-HOUR HOLD  ☐ EVIDENCE STORED  ☐ OTHER (LIST?)
- ☐ BODY RECEIPT  ☐ NTAS  ☐ PRINTS-PHOTO TAKEN

## RELEASE

**TYPE OF RELEASE:**
☐ PAROLE  ☐ BOND  ☐ COURT ORDER  ☐ NOTICE TO APPEAR  ☐ NO CHARGE FILED  ☐ OTHER _____

RELEASING OFFICIAL / AUTHORITY

| BAIL BOND AGENT | BOND AMOUNT POSTED |
|---|---|
| DATE AND TIME OF RELEASE | AUTHORITY |
| COMMENTS | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

☒ INITIAL  ☐ ADD  ☐ MODIFY  ☐ DELETE   **KANSAS STANDARD ARREST REPORT**   PAGE **3** OF **4**

☒ **ADULT**  ☐ **JUVENILE**  ☐ **DOMESTIC VIOLENCE**  ☐ **RUNAWAY**

## ARREST

| NAME OF AGENCY | KS AGENCY ORI NUMBER | CASE NUMBER | DATE AND TIME OF ARREST |
|---|---|---|---|
| KCKPD | KS1050200 | 2010050323 | 05/03/2010  2051 |

| ARREST TRANSACTION NUMBER | KBI NUMBER | LOCAL NUMBER | CAMPUS CODE |
|---|---|---|---|

TYPE OF ARREST:  ☐ ON - VIEW  ☒ TAKEN INTO CUSTODY
☐ SUMMONED / CITED - NOT TAKEN INTO CUSTODY  ☐ RUNAWAY

DISPOSITION OF JUVENILE ARREST OR RUNAWAY:
☐ HANDLED IN DEPARTMENT  ☐ REFERRED TO OTHER AUTHORITIES

ARREST / CONTACT LOCATION: 10 ? McALPINE  KCKS 66105   WARRANT #         DATE

## ARRESTEE #1

ARRESTEE'S / RUNAWAY NAME  LAST BIRDSONG  FIRST JEROME  III MIDDLE

ALIASES - MONIKERS

| ADDRESS STREET | CITY | STATE | ZIP | TELEPHONE NUMBER (HOME) |
|---|---|---|---|---|
| 1255 DOUGLAS | KCKS 66103 | | | |

| HEIGHT | WEIGHT | HAIR | EYES | RACE | SEX | ETHNICITY | RES / N-RES | AGE | DATE OF BIRTH (MMDDCCYY) | PLACE OF BIRTH (STATE / COUNTRY) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1981 | |

| HAIR LENGTH | HAIR STYLE | FACIAL HAIR | GLASSES | TEETH | EYE APPEARANCE | COMPLEXION | BUILD | R - L HANDED | SPEECH |
|---|---|---|---|---|---|---|---|---|---|

SCARS - MARKS        TATTOOS        ARRESTEE WORE        APPEARANCE

| DRIVERS LICENSE NUMBER | DL STATE | SOCIAL SECURITY NUMBER | EMPLOYER / SCHOOL |
|---|---|---|---|

| TELEPHONE NUMBER (WORK / SCHOOL) | ADDRESS STREET | CITY | STATE | ZIP |
|---|---|---|---|---|

ARRESTEE INJURIES  NONE        MIRANDA: DATE - TIME        BY        ARREST APPROVED BY:

ARRESTEE ARMED WITH ( MAXIMUM OF 2 ):   ☒ UNARMED        ARRESTEE BEHAVIOR  (ALL APPLICABLE):
☐ HANDGUN  ☐ AUTO  ☐ SHOTGUN  ☐ AUTO  ☐ CLUB / BLACKJACK   ☐ DRUNK  ☒ RESISTED  ☐ BIZARRE BEHAVIOR  ☐ OTHER
☐ RIFLE  ☐ AUTO  ☐ LETHAL CUTTING       ☐ PROFANE  ☐ SUICIDAL REMARKS
☐ OTHER  ☐ AUTO  INSTRUMENT  / KNUCKS   ☐ DRINKING  ☐ INJURED  ☒ LOUD  ☐ COOPERATIVE

## ADDITIONAL INCIDENTS / CHARGES

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION | OFFENSE WAS: | CLEARANCE INDICATOR: |
|---|---|---|---|---|
| 08016061 | 04/21/10 | | ☐ ATTEMPTED ☒ COMPLETED | ☒ COUNT |

DESCRIPTION  BENCH   850   LOCAL CODE        ☐ MULTIPLE
ADDITIONAL CHARGES        ☐ AID / ABET   ☐ OUTSIDE
☐ CONSPIRACY   AGENCY
☐ SOLICITATION

TYPE OF THEFT:  L ☐ SHOPLIFTING  V ☐ MOTOR VEHICLE
M ☐ COIN MACHINE  P ☐ POCKET-PICKING  F ☐ THEFT FROM M V
B ☐ FROM BUILDING  S ☐ PURSE SNATCHING  O ☐ ALL OTHER
A ☐ M V PARTS & ACC  E ☐ EMBEZZLEMENT  N ☒ NOT APPLICABLE
T ☐ POSS STOLEN PROP

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION | OFFENSE WAS: | CLEARANCE INDICATOR: |
|---|---|---|---|---|
| 00476999 | 04/21/2010 | | ☐ ATTEMPTED ☒ COMPLETED | ☒ COUNT |

DESCRIPTION  BENCH   500   LOCAL CODE        ☐ MULTIPLE
ADDITIONAL CHARGES        ☐ AID / ABET   ☐ OUTSIDE
☐ CONSPIRACY   AGENCY
☐ SOLICITATION

TYPE OF THEFT:  L ☐ SHOPLIFTING  V ☐ MOTOR VEHICLE
M ☐ COIN MACHINE  P ☐ POCKET-PICKING  F ☐ THEFT FROM M V
B ☐ FROM BUILDING  S ☐ PURSE SNATCHING  O ☐ ALL OTHER
A ☐ M V PARTS & ACC  E ☐ EMBEZZLEMENT  N ☒ NOT APPLICABLE
T ☐ POSS. STOLEN PROP

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION | OFFENSE WAS: | CLEARANCE INDICATOR: |
|---|---|---|---|---|
| 00477000 | 04/21/2010 | | ☐ ATTEMPTED ☒ COMPLETED | ☐ COUNT |

DESCRIPTION  BENCH   500   LOCAL CODE        ☒ MULTIPLE
ADDITIONAL CHARGES        ☐ AID / ABET   ☐ OUTSIDE
☐ CONSPIRACY   AGENCY
☐ SOLICITATION

TYPE OF THEFT:  L ☐ SHOPLIFTING  V ☐ MOTOR VEHICLE
M ☐ COIN MACHINE  P ☐ POCKET-PICKING  F ☐ THEFT FROM M V
B ☐ FROM BUILDING  S ☐ PURSE SNATCHING  O ☐ ALL OTHER
A ☐ M V PARTS & ACC  E ☐ EMBEZZLEMENT  N ☒ NOT APPLICABLE
T. ☐ POSS. STOLEN PROP.

## VEHICLE

| VEHICLE YEAR | MAKE | MODEL | STYLE | COLOR | VIN NUMBER | LICENSE # | STATE | YEAR |
|---|---|---|---|---|---|---|---|---|

| TOWED BY | DRIVER | LOCATION OF KEYS | LOCATION OF VEHICLE | CONDITION |
|---|---|---|---|---|

| OWNER | ADDRESS |
|---|---|

| RELEASED TO | ADDRESS | DATE | TIME |
|---|---|---|---|

REPORTING OFFICER  P LOCKE  1884   DATE 05/3/2010   COPIES TO:   SUPERVISING OFFICER  SGT         ICS
REVISED 09 / 2002

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   UG00007

| ☒ INITIAL ☐ ADD ☐ MODIFY ☐ DELETE | **KANSAS STANDARD ARREST REPORT** | PAGE 4 OF 4 |

| ☒ **ADULT** | ☐ **JUVENILE** | ☐ **DOMESTIC VIOLENCE** | ☐ **RUNAWAY** |

## ARREST

| NAME OF AGENCY | KS AGENCY ORI NUMBER | CASE NUMBER | DATE AND TIME OF ARREST |
|---|---|---|---|
| KCKPD | KS1050200 | 2010050328 | 05/08/2010 2051 |

| ARREST TRANSACTION NUMBER | KBI NUMBER | LOCAL NUMBER | CAMPUS CODE |

TYPE OF ARREST: ☐ ON - VIEW ☒ TAKEN INTO CUSTODY
☐ SUMMONED / CITED - NOT TAKEN INTO CUSTODY ☐ RUNAWAY

DISPOSITION OF JUVENILE ARREST OR RUNAWAY:
☐ HANDLED IN DEPARTMENT   ☐ REFERRED TO OTHER AUTHORITIES

| ARREST / CONTACT LOCATION: | WARRANT # | DATE |
|---|---|---|
| 10 ? McALPING KCKS 66105 | | |

| ARRESTEE'S / RUNAWAY NAME | LAST BIRDSONG | FIRST JEROME | III | MIDDLE |

ALIASES - MONIKERS

| ADDRESS | STREET | CITY | STATE | ZIP | TELEPHONE NUMBER (HOME ) |

## ARRESTEE #

| HEIGHT | WEIGHT | HAIR | EYES | RACE | SEX | ETHNICITY | RES / N- RES. | AGE | DATE OF BIRTH (MMDDCCYY) 1981 | PLACE OF BIRTH (STATE / COUNTRY) |

| HAIR LENGTH | HAIR STYLE | FACIAL HAIR | GLASSES | TEETH | EYE APPEARANCE | COMPLEXION | BUILD | R - L HANDED | SPEECH |

| SCARS - MARKS | TATTOOS | ARRESTEE WORE | APPEARANCE |

| DRIVERS LICENSE NUMBER | D L STATE | SOCIAL SECURITY NUMBER | EMPLOYER / SCHOOL |

| TELEPHONE NUMBER (WORK / SCHOOL) | ADDRESS: STREET | CITY | STATE | ZIP |

| ARRESTEE INJURIES NONE | MIRANDA/DATE - TIME | BY | ARREST APPROVED BY: |

ARRESTEE ARMED WITH ( MAXIMUM OF 2 ):   ☒ UNARMED
☐ HANDGUN ☐ AUTO ☐ SHOTGUN ☐ AUTO ☐ CLUB /
☐ RIFLE ☐ AUTO ☐ LETHAL CUTTING    BLACKJACK
☐ OTHER ☐ AUTO    INSTRUMENT    / KNUCKS

ARRESTEE BEHAVIOR  (ALL APPLICABLE):
☐ DRUNK ☐ RESISTED ☐ BIZARRE BEHAVIOR ☐ OTHER
☐ DRINKING ☒ PROFANE ☐ SUICIDAL REMARKS
☐ INJURED ☐ LOUD ☐ COOPERATIVE

## ADDITIONAL INCIDENTS / CHARGES

| CASE NUMBER 07627631 | DATE OF INCIDENT 04/29/2010 | STATE STATUTE VIOLATION | OFFENSE WAS: ☐ ATTEMPTED ☒ COMPLETED | CLEARANCE INDICATOR: ☒ COUNT ☐ MULTIPLE ☐ OUTSIDE AGENCY |
|---|---|---|---|---|
| DESCRIPTION BENCH 650 | | LOCAL CODE | | |
| | | ADDITIONAL CHARGES | ☐ AID / ABET ☐ CONSPIRACY ☐ SOLICITATION | |

TYPE OF THEFT: L ☐ SHOPLIFTING  V ☐ MOTOR VEHICLE
M ☐ COIN MACHINE  P ☐ POCKET-PICKING  F ☐ THEFT FROM M V
B ☐ FROM BUILDING  S ☐ PURSE SNATCHING  O ☐ ALL OTHER
A ☐ M V PARTS & ACC  E ☐ EMBEZZLEMENT  N ☒ NOT APPLICABLE
T ☐ POSS. STOLEN PROP

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION | OFFENSE WAS: ☐ ATTEMPTED ☐ COMPLETED | CLEARANCE INDICATOR: ☐ COUNT ☐ MULTIPLE ☐ OUTSIDE AGENCY |
|---|---|---|---|---|
| DESCRIPTION | | LOCAL CODE | | |
| | | ADDITIONAL CHARGES | ☐ AID / ABET ☐ CONSPIRACY ☐ SOLICITATION | |

TYPE OF THEFT: L ☐ SHOPLIFTING  V ☐ MOTOR VEHICLE
M ☐ COIN MACHINE  P ☐ POCKET-PICKING  F ☐ THEFT FROM M V
S ☐ FROM BUILDING  S ☐ PURSE SNATCHING  O ☐ ALL OTHER
A ☐ M V PARTS & ACC  E ☐ EMBEZZLEMENT  N ☐ NOT APPLICABLE
T ☐ POSS. STOLEN PROP

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION | OFFENSE WAS: ☐ ATTEMPTED ☐ COMPLETED | CLEARANCE INDICATOR: ☐ COUNT ☐ MULTIPLE ☐ OUTSIDE AGENCY |
|---|---|---|---|---|
| DESCRIPTION | | LOCAL CODE | | |
| | | ADDITIONAL CHARGES | ☐ AID / ABET ☐ CONSPIRACY ☐ SOLICITATION | |

TYPE OF THEFT: L ☐ SHOPLIFTING  V ☐ MOTOR VEHICLE
M. ☐ COIN MACHINE  P. ☐ POCKET-PICKING  F. ☐ THEFT FROM M V
B ☐ FROM BUILDING  S. ☐ PURSE SNATCHING  O ☐ ALL OTHER
A ☐ M V PARTS & ACC  E. ☐ EMBEZZLEMENT  N ☐ NOT APPLICABLE
T. ☐ POSS. STOLEN PROP.

## VEHICLE

| VEHICLE YEAR | MAKE | MODEL | STYLE | COLOR | VIN NUMBER | LICENSE # | STATE | YEAR |

| TOWED BY | DRIVER | LOCATION OF KEYS | LOCATION OF VEHICLE | CONDITION |

| OWNER | | ADDRESS | |

| RELEASED TO | ADDRESS | DATE | TIME |

| REPORTING OFFICER P. LOCKE 1884 | DATE 05/08/2010 | COPIES TO: | SUPERVISING OFFICER SGT. |

REVISED 09/2008

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     UG00008

# KANSAS STANDARD ARREST REPORT

☑ INITIAL  ☐ ADD  ☐ MODIFY  ☐ DELETE                                     PAGE 1 OF 2

☑ ADULT        ☐ JUVENILE        ☐ DOMESTIC VIOLENCE        ☐ RUNAWAY

## ARREST

| NAME OF AGENCY | KS AGENCY ORI NUMBER | CASE NUMBER | DATE AND TIME OF ARREST |
|---|---|---|---|
| KCKPD | KS1050200 | 2010050328 | 05-03-2010  2110 |

| ARREST TRANSACTION NUMBER | KBI NUMBER | LOCAL NUMBER | CAMPUS CODE |
|---|---|---|---|
| | | | |

TYPE OF ARREST:  ☑ ON - VIEW  ☐ TAKEN INTO CUSTODY  
☐ SUMMONED / CITED - NOT TAKEN INTO CUSTODY  ☐ RUNAWAY

DISPOSITION OF JUVENILE ARREST OR RUNAWAY:  
☐ HANDLED IN DEPARTMENT  ☐ REFERRED TO OTHER AUTHORITIES

| ARREST / CONTACT LOCATION | WARRANT # | DATE |
|---|---|---|
| 10TH AND McALPINE  KCKS  66105 | | |

| ARRESTEE'S / RUNAWAY NAME | LAST | FIRST | MIDDLE |
|---|---|---|---|
| | DOMINGUEZ | ROCIO | ANGELICA |

ALIASES - MONIKERS

## ARRESTEE #

| ADDRESS | STREET | CITY | STATE | ZIP | TELEPHONE NUMBER (HOME) |
|---|---|---|---|---|---|
| 1117 METROPOLITAN | | KANSAS CITY | KS | 66105 | — |

| HEIGHT | WEIGHT | HAIR | EYES | RACE | SEX | ETHNICITY | RES / N-RES. | AGE | DATE OF BIRTH (MMDDCCYY) | PLACE OF BIRTH (STATE / COUNTRY) |
|---|---|---|---|---|---|---|---|---|---|---|
| 500 | 140 | BLK | BRO | W | M | H | RES | 21 | 1988 | KS |

| HAIR LENGTH | HAIR STYLE | FACIAL HAIR | GLASSES | TEETH | EYE APPEARANCE | COMPLEXION | BUILD | R - L HANDED | SPEECH |
|---|---|---|---|---|---|---|---|---|---|
| L | S | | | | | M | M | R | |

| SCARS - MARKS | TATTOOS | ARRESTEE WORE | APPEARANCE |
|---|---|---|---|
| | | S | C |

| DRIVERS LICENSE NUMBER | D.L STATE | SOCIAL SECURITY NUMBER | EMPLOYER / SCHOOL |
|---|---|---|---|
| 6115 | KS | | |

| TELEPHONE NUMBER (WORK / SCHOOL) | ADDRESS | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| | | | | | |

| ARRESTEE INJURIES | MIRANDA:DATE - TIME | BY | ARREST APPROVED BY: |
|---|---|---|---|
| NONE | | | |

ARRESTEE ARMED WITH ( MAXIMUM OF 2 ):   ☑ UNARMED

☐ HANDGUN  ☐ AUTO  ☐ SHOTGUN  ☐ AUTO  ☐ CLUB /  
☐ RIFLE  ☐ AUTO  ☐ LETHAL CUTTING  BLACKJACK  
☐ OTHER  ☐ AUTO  INSTRUMENT  / KNUCKS

ARRESTEE BEHAVIOR (ALL APPLICABLE):  
☐ DRUNK  ☐ RESISTED  ☐ BIZARRE BEHAVIOR  ☐ OTHER  
☐ DRINKING  ☐ PROFANE  ☐ SUICIDAL REMARKS  
☐ INJURED  ☐ LOUD  ☐ COOPERATIVE

## ADDITIONAL INCIDENTS / CHARGES

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION |
|---|---|---|
| 2010050328 | 05-03-2010 | 21-36A06 (a)(3) |

DESCRIPTION: POSSESSION OF MARIJUANA

LOCAL CODE: 22-740

TYPE OF THEFT:  
L ☐ SHOPLIFTING  V ☐ MOTOR VEHICLE  
M ☐ COIN MACHINE  P ☐ POCKET-PICKING  F ☐ THEFT FROM M V  
B ☐ FROM BUILDING  S ☐ PURSE SNATCHING  O ☐ ALL OTHER  
A ☐ M V PARTS & ACC  E ☐ EMBEZZLEMENT  N ☑ NOT APPLICABLE  
T ☐ POSS. STOLEN PROP

ADDITIONAL CHARGES: 510396

COURT DATE 05-24-2010 @ 1800

OFFENSE WAS:  ☐ ATTEMPTED  ☑ COMPLETED  
CLEARANCE INDICATOR:  ☑ COUNT  ☐ MULTIPLE  ☐ OUTSIDE AGENCY  
☐ AID / ABET  ☐ CONSPIRACY  ☐ SOLICITATION

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION |
|---|---|---|
| | | |

DESCRIPTION:

LOCAL CODE:

TYPE OF THEFT:  
L ☐ SHOPLIFTING  V ☐ MOTOR VEHICLE  
M ☐ COIN MACHINE  P ☐ POCKET-PICKING  F ☐ THEFT FROM M V  
B ☐ FROM BUILDING  S ☐ PURSE SNATCHING  O ☐ ALL OTHER  
A ☐ M V PARTS & ACC  E ☐ EMBEZZLEMENT  N ☐ NOT APPLICABLE  
T ☐ POSS. STOLEN PROP

ADDITIONAL CHARGES:

OFFENSE WAS:  ☐ ATTEMPTED  ☐ COMPLETED  
CLEARANCE INDICATOR:  ☐ COUNT  ☐ MULTIPLE  ☐ OUTSIDE AGENCY  
☐ AID / ABET  ☐ CONSPIRACY  ☐ SOLICITATION

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION |
|---|---|---|
| | | |

DESCRIPTION:

LOCAL CODE:

TYPE OF THEFT:  
L ☐ SHOPLIFTING  V ☐ MOTOR VEHICLE  
M ☐ COIN MACHINE  P ☐ POCKET-PICKING  F ☐ THEFT FROM M V  
B ☐ FROM BUILDING  S ☐ PURSE SNATCHING  O ☐ ALL OTHER  
A ☐ M V PARTS & ACC  E ☐ EMBEZZLEMENT  N ☐ NOT APPLICABLE  
T ☐ POSS. STOLEN PROP.

ADDITIONAL CHARGES:

OFFENSE WAS:  ☐ ATTEMPTED  ☐ COMPLETED  
CLEARANCE INDICATOR:  ☐ COUNT  ☐ MULTIPLE  ☐ OUTSIDE AGENCY  
☐ AID / ABET  ☐ CONSPIRACY  ☐ SOLICITATION

## VEHICLE

| VEHICLE YEAR | MAKE | MODEL | STYLE | COLOR | VIN NUMBER | LICENSE # | STATE | YEAR |
|---|---|---|---|---|---|---|---|---|
| 2008 | CHRYSLER | TOWN; COUNTRY | VAN | SIL | 1A4GP45R56B5B5433 | 486604 | KS | 2010 |

| TOWED BY | DRIVER | LOCATION OF KEYS | LOCATION OF VEHICLE | CONDITION |
|---|---|---|---|---|
| | | | | |

| OWNER | ADDRESS |
|---|---|
| ARRESTEE | |

| RELEASED TO | ADDRESS | DATE | TIME |
|---|---|---|---|
| | | | |

| REPORTING OFFICER | ID# | DATE | COPIES TO: | SUPERVISING OFFICER | ID# |
|---|---|---|---|---|---|
| J - CRAWFORD | 1855 | 05-03-2010 | | SGT Z | 1129 |

REVISED 08/2002

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                UG00009

## KANSAS STANDARD ARREST REPORT

PAGE 2 OF 2

### PARENT / GUARDIAN

| PARENT / GUARDIAN NAME | | ADDRESS (HOME) | | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| EMPLOYER | | ADDRESS (EMPLOYER) | | CITY | STATE | ZIP |
| TELEPHONE NUMBER (HOME) | TELEPHONE NUMBER (WORK) | | TELEPHONE NUMBER (OTHER) | | | |
| PARENT / GUARDIAN NAME | | ADDRESS (HOME) | | CITY | STATE | ZIP |
| EMPLOYER | | ADDRESS (EMPLOYER) | | CITY | STATE | ZIP |
| TELEPHONE NUMBER (HOME) | TELEPHONE NUMBER (WORK) | | TELEPHONE NUMBER (OTHER) | | | |

### NARRATIVE / AFFIDAVIT

State of Kansas: _____ County ss:

I _____ of lawful age  after first being duly sworn on oath  on information and belief states:

CONTACT WAS MADE WITH THE ARRESTEE AT 10TH AND MCALPINE. I RESPONDED TO BACK UP OFFICER LOCKE WHO WAS ON A TRAFFIC STOP. UPON ARRIVAL THE ARRESTEE WAS IN THE REAR OF OFFICER REYES(1825) VEHICLE. THERE WAS A STRONG ODOR OF MARIJUANA COMING FROM THE VEHICLE. UPON PROBABLE CAUSE SEARCH I LOCATED A GREEN LEAFY SUBSTANCE, THAT TESTED POSITIVE FOR THE PRESUMPTIVE PRESENCE OF THC, IN THE DOOR (PASSENGER) WHERE THE ARRESTEE WAS SITTING. THE ARRESTEE WAS TAKEN INTO CUSTODY.

I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Executed _____ DAY OF _____, 20 ___

X _____ (Signature)

### OTHER

EVIDENCE:
☐ LATENT PRINTS  ☐ STAINS  ☐ WEAPONS - TOOLS  ☐ DRUGS  ☐ SEXUAL ASSAULT KIT  ☐ DNA
☐ OTHER PRINTS  ☐ BLOOD  ☐ DOCUMENTS  ☐ ALCOHOL  ☐ NONE
☐ HAIR  ☐ SEMEN  ☐ PHOTOS  ☐ OTHER

SUPPORTING DOCUMENTS:
☐ MEDICAL RELEASE  ☐ CUSTODY SLIP  ☐ INCIDENT REPORT  ☐ NONE
☐ COMMITMENT ORDER  ☐ JUDGE'S NOTES  ☐ SIX-HOUR HOLD  ☐ EVIDENCE STORED  ☐ OTHER (LIST)
☐ COPY OF BOND  ☐ BODY RECEIPT  ☐ NTAS  ☐ PRINTS-PHOTO TAKEN

### RELEASE

TYPE OF RELEASE:
☐ PAROLE  ☐ BOND  ☐ COURT ORDER  ☐ NOTICE TO APPEAR  ☐ NO CHARGE FILED  ☐ OTHER

RELEASING OFFICIAL / AUTHORITY

| BAIL BOND AGENT | | BOND AMOUNT POSTED |
|---|---|---|
| DATE AND TIME OF RELEASE | AUTHORITY | |
| COMMENTS: | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        UG00010



# Kansas City Kansas Police Department
## Addendum Report

Complaint # 2010050328

| Type of Addendum | | | Page | of |
|---|---|---|---|---|
| ☒ Investigative   ☐ Continuation   ☐ Miscellaneous Offense | | | | |

| Victim's Name (Last, First MI or Firm Name if Business) | Victim's Address (House No.-Street Name-Zip Code) | Telephone |
|---|---|---|
| SOCIETY | 701 N. 7TH KCKS 66101 | 596-3000 |

| Classification of Offense | Location of Offense | District of Occurrence | Date/Time |
|---|---|---|---|
| POSS. OF MARIJUANA | 10 ? McALPINE KCKS 66105 | 333 | 05/03/2010   2051. |

**Narrative**

NIGHT CORPS OFFICERS WERE GIVEN INFORMATION FROM EAST PATROL AND SOUTH PATROL THAT JEROME BIRDSONG III HAD WARRANTS, DRIVING A WHITE CHRYSLER 300m WITH PERSONALIZED PLATE "NOBODY" WAS RUNNING FROM POLICE.

I WAS FAMILIAR WITH MR. BIRDSONG FROM PREVIOUS ENCOUNTERS. I 100% POSITIVELY IDENTIFIED MR. BIRDSONG DRIVING A SILVER MINI VAN (486 LOY) NORTH ON 10TH ST., TURNING ONTO WESTBOUND McALPINE. I CONDUCTED A CAR STOP ON MR. BIRDSONG. MR. BIRDSONG WAS TAKEN INTO CUSTODY AFTER HE EXITED THE VEHICLE. MR. BIRDSONG HAD A SUSPENDED DRIVER'S LICENSE AND A FEW WARRANTS CONFIRMED THROUGH DISPATCH. OFFICERS COULD SMELL MARIJUANA INSIDE THE VEHICLE. IN THE SUBJECTS VEHICLE WAS A MARIJUANA ROACH (CENTER ASH TRAY) AND A DIGITAL SCALE (UNDER DRIVER'S SEAT). MARIJUANA TESTED POSITIVE FOR THE PRESUMPTIVE PRESENCE OF THC BY SGT. NAVLMARK.

NARCOTICS OFFICER DOLESHAL WAS ON-SCENE AND ADVISED TO BOOK SUBJECT ON STATE CHARGES.

SUBJECT BOOKED AT THE WYCO JAIL. EVIDENCE PUT INTO PROPERTY.

THE ARRESTEE HAS A PRIOR CONVICTION FOR POSSESSION OF MARIJUANA. PER OFC. DOLESHAL, HE WAS BOOKED UNDER STATE CHARGES.

| Reporting Officer(s) | Supervisor Approval | District of Report |
|---|---|---|
| P. LOCKE  # 1884 | SGT ____ | 759 |

KCKPD#22 (09-2007)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          UG00017

# KANSAS STANDARD ARREST REPORT

☒ INITIAL ☐ ADD ☐ MODIFY ☐ DELETE   PAGE __1__ OF _3_

☐ **ADULT**   ☐ **JUVENILE**   ☐ **DOMESTIC VIOLENCE**   ☐ **RUNAWAY**

## ARREST

| NAME OF AGENCY: KCKPD | KS AGENCY ORI NUMBER: KS1050200 | CASE NUMBER: 2010050784 | DATE AND TIME OF ARREST: 05/07/2010 1721 |
|---|---|---|---|
| ARREST TRANSACTION NUMBER | KBI NUMBER | LOCAL NUMBER | CAMPUS CODE |

TYPE OF ARREST: ☐ ON - VIEW ☒ TAKEN INTO CUSTODY
☐ SUMMONED / CITED - NOT TAKEN INTO CUSTODY ☐ RUNAWAY

DISPOSITION OF JUVENILE ARREST OR RUNAWAY:
☐ HANDLED IN DEPARTMENT ☐ REFERRED TO OTHER AUTHORITIES

ARREST / CONTACT LOCATION: 4127 THOMPSON KCKS 66103

WARRANT #                    DATE

## ARRESTEE #

ARRESTEE'S / RUNAWAY NAME   LAST: BIRDSONG   FIRST: Jerome   III   MIDDLE

ALIASES - MONIKERS

ADDRESS   STREET: 4127 THOMPSON   CITY: KCKS   APT # 24   STATE: 66103   ZIP   TELEPHONE NUMBER (HOME)

| HEIGHT: 5 | WEIGHT: 210 | HAIR: BLN | EYES: BLU | RACE: W | SEX: M | ETHNICITY: N | RES / IR RES: R | AGE: 28 | DATE OF BIRTH (MMDDCCYY): 1981 | PLACE OF BIRTH (STATE / COUNTRY): KS |
|---|---|---|---|---|---|---|---|---|---|---|

| HAIR LENGTH: S | HAIR STYLE: S | FACIAL HAIR: G | GLASSES | TEETH | EYE APPEARANCE | COMPLEXION: L | BUILD: S | R - L HANDED: R | SPEECH |
|---|---|---|---|---|---|---|---|---|---|

SCARS - MARKS   TATTOOS   ARRESTEE WORE   APPEARANCE: M

DRIVERS LICENSE NUMBER   DL STATE   SOCIAL SECURITY NUMBER: 5618   EMPLOYER / SCHOOL: SELF EMPLOYED

TELEPHONE NUMBER (WORK / SCHOOL)   ADDRESS:   STREET   CITY   STATE   ZIP

ARRESTEE INJURIES: MINOR CUT   MIRANDA: DATE - TIME   BY   ARREST APPROVED BY: SGT. HAVLUNOAK #7729

ARRESTEE ARMED WITH ( MAXIMUM OF 2 ):   ☒ UNARMED
☐ HANDGUN ☐ AUTO   ☐ SHOTGUN ☐ AUTO   ☐ CLUB / BLACKJACK
☐ RIFLE ☐ AUTO   ☐ LETHAL CUTTING INSTRUMENT   / KNUCKS
☐ OTHER ☐ AUTO

ARRESTEE BEHAVIOR (ALL APPLICABLE):
☐ DRUNK   ☒ RESISTED   ☐ BIZARRE BEHAVIOR   ☐ OTHER
☐ DRINKING   ☐ PROFANE   ☐ SUICIDAL REMARKS
☒ INJURED   ☒ LOUD   ☐ COOPERATIVE

## ADDITIONAL INCIDENTS / CHARGES

| CASE NUMBER: 10cr0564 | DATE OF INCIDENT: 05/05/2010 | STATE STATUTE VIOLATION | OFFENSE WAS: ☐ ATTEMPTED ☒ COMPLETED | CLEARANCE INDICATOR: ☒ COUNT |
|---|---|---|---|---|
| DESCRIPTION: NARCOTICS   5,000 | | LOCAL CODE: WY | ☐ AID / ABET | ☐ MULTIPLE |
| | | ADDITIONAL CHARGES | ☐ CONSPIRACY | ☐ OUTSIDE AGENCY |
| | | | ☐ SOLICITATION | |

TYPE OF THEFT:
M ☐ COIN MACHINE   L ☐ SHOPLIFTING   V ☐ MOTOR VEHICLE
P ☐ POCKET-PICKING   F ☐ THEFT FROM M V
B ☐ FROM BUILDING   S ☐ PURSE SNATCHING   O ☐ ALL OTHER
A ☐ M V PARTS & ACC   E ☐ EMBEZZLEMENT   N ☐ NOT APPLICABLE
T ☐ POSS. STOLEN PROP

| CASE NUMBER: 2010050784 | DATE OF INCIDENT: 05/07/2010 | STATE STATUTE VIOLATION: 21-2808 | OFFENSE WAS: ☐ ATTEMPTED ☒ COMPLETED | CLEARANCE INDICATOR: ☒ COUNT |
|---|---|---|---|---|
| DESCRIPTION: RESISTING | | LOCAL CODE | ☐ AID / ABET | ☐ MULTIPLE |
| | | ADDITIONAL CHARGES | ☐ CONSPIRACY | ☐ OUTSIDE AGENCY |
| | | | ☐ SOLICITATION | |

TYPE OF THEFT:
M ☐ COIN MACHINE   L ☐ SHOPLIFTING   V ☐ MOTOR VEHICLE
P ☐ POCKET-PICKING   F ☐ THEFT FROM M V
B ☐ FROM BUILDING   S ☐ PURSE SNATCHING   O ☐ ALL OTHER
A ☐ M V PARTS & ACC   E ☐ EMBEZZLEMENT   N ☒ NOT APPLICABLE
T ☐ POSS. STOLEN PROP

| CASE NUMBER: 2010050784 | DATE OF INCIDENT: 05/07/2010 | STATE STATUTE VIOLATION: 21-3808 | OFFENSE WAS: ☐ ATTEMPTED ☒ COMPLETED | CLEARANCE INDICATOR: ☐ COUNT ☒ MULTIPLE |
|---|---|---|---|---|
| DESCRIPTION: OBSTRUCTING | | LOCAL CODE | ☐ AID / ABET | ☐ OUTSIDE AGENCY |
| | | ADDITIONAL CHARGES | ☐ CONSPIRACY | |
| | | | ☐ SOLICITATION | |

TYPE OF THEFT:
M ☐ COIN MACHINE   L ☐ SHOPLIFTING   V ☐ MOTOR VEHICLE
P ☐ POCKET-PICKING   F ☐ THEFT FROM M V
B ☐ FROM BUILDING   S ☐ PURSE SNATCHING   O ☐ ALL OTHER
A ☐ M V PARTS & ACC   E ☐ EMBEZZLEMENT   N ☒ NOT APPLICABLE
T ☐ POSS. STOLEN PROP

## VEHICLE

| VEHICLE YEAR | MAKE | MODEL | STYLE | COLOR | VIN NUMBER | LICENSE # | STATE | YEAR |
|---|---|---|---|---|---|---|---|---|

| TOWED BY | DRIVER | LOCATION OF KEYS | LOCATION OF VEHICLE | CONDITION |
|---|---|---|---|---|

| OWNER | | ADDRESS | | |
|---|---|---|---|---|

| RELEASED TO | | ADDRESS | DATE | TIME |
|---|---|---|---|---|

| REPORTING OFFICER: V. LOCKE | ID#: 1854 | DATE: 05/07/2010 | COPIES TO: | SUPERVISING OFFICER: SGT |
|---|---|---|---|---|

REVISED 09 / 2002

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          UG00030

# KANSAS STANDARD ARREST REPORT

PAGE 2 OF 3

**PARENT / GUARDIAN**

| PARENT / GUARDIAN NAME | | ADDRESS (HOME) | | CITY | STATE | ZIP |
| EMPLOYER | | ADDRESS (EMPLOYER) | | CITY | STATE | ZIP |
| TELEPHONE NUMBER (HOME) | TELEPHONE NUMBER (WORK) | | TELEPHONE NUMBER (OTHER) | | | |
| PARENT / GUARDIAN NAME | | ADDRESS (HOME) | | CITY | STATE | ZIP |
| EMPLOYER | | ADDRESS (EMPLOYER) | | CITY | STATE | ZIP |
| TELEPHONE NUMBER (HOME) | TELEPHONE NUMBER (WORK) | | TELEPHONE NUMBER (OTHER) | | | |

**NARRATIVE / AFFIDAVIT**

State of Kansas:_____ County ss:

I _____ of lawful age  after first being duly sworn on oath  on information and belief states:

ON LISTED DATE/TIME/LOCATION NIGHT COPPS AND NARCOTICS OFFICERS WERE IN THE AREA LOOKING FOR LISTED SUBJECT FOR A NARCOTIC WARRANT. OFC. TOMS AND I OBSERVED THE WANTED PARTY IN THE PARKING LOT OF LISTED ADDRESS, HOLDING HIS 2 YEAR OLD SON. WHEN SUBJECT SEEN OFFICERS HE IMMEDIATELY THREW HIS CHILD TO THE GROUND AND RAN ON FOOT. SUBJECT WAS KNOCKED INTO A FENCE AND FELL TO THE GROUND AND TAKEN INTO CUSTODY AFTER SOME MUSCLING AS SUBJECT REFUSED TO PUT HIS HANDS BEHIND HIS BACK. SUBJECT WAS OBSERVED HOLDING A SIZEABLE QUANTITY OF METH, WHICH WAS POSITIVE FOR THE PRESUMPTIVE PRESENCE OF METH BY SGT HAULMARK #1729. SUBJECT TRANSPORTED AND CLEARED BY K.V. MEDICAL CENTER. SUBJECT BOOKED AT THE WYCO JAIL, EVIDENCE PUT INTO PROPERTY, PER NARCOTICS OFFICERS SUBJECT WAS CHARGED WITH INTENT TO SELL.

I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Executed _____ DAY OF _____, 20 ___

X _____ (Signature)

**OTHER**

EVIDENCE:
- ☐ LATENT PRINTS ☐ STAINS ☐ WEAPONS - TOOLS ☐ DRUGS ☐ SEXUAL ☐ DNA
- ☐ OTHER PRINTS ☐ BLOOD ☐ DOCUMENTS ☐ ALCOHOL     ASSAULT KIT ☐ NONE
- ☐ HAIR ☐ SEMEN ☐ PHOTOS ☐ OTHER

SUPPORTING DOCUMENTS:
- ☐ COMMITMENT ORDER ☐ MEDICAL RELEASE ☐ CUSTODY SLIP ☐ INCIDENT REPORT ☐ NONE
- ☐ COPY OF BOND ☐ JUDGE'S NOTES ☐ SIX-HOUR HOLD ☐ EVIDENCE STORED ☐ OTHER
- ☐ BODY RECEIPT ☐ NTAS ☐ PRINTS-PHOTO TAKEN (LIST)

**RELEASE**

TYPE OF RELEASE:
☐ PAROLE   ☐ BOND   ☐ COURT ORDER   ☐ NOTICE TO APPEAR   ☐ NO CHARGE FILED   ☐ OTHER _____

RELEASING OFFICIAL / AUTHORITY

| BAIL BOND AGENT | | BOND AMOUNT POSTED |
| DATE AND TIME OF RELEASE | AUTHORITY | |
| COMMENTS | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          UG00031

☒ INITIAL  ☐ ADD  ☐ MODIFY  ☐ DELETE   **KANSAS STANDARD ARREST REPORT**   PAGE 3 OF 3

| ☒ ADULT | ☐ JUVENILE | ☐ DOMESTIC VIOLENCE | ☐ RUNAWAY |

**ARREST**

| NAME OF AGENCY | KS AGENCY ORI NUMBER | CASE NUMBER | DATE AND TIME OF ARREST |
|---|---|---|---|
| KCKPD | KS1050200 | 2010050784 | 05/07/2010   1721 |

| ARREST TRANSACTION NUMBER | KBI NUMBER | LOCAL NUMBER | CAMPUS CODE |

TYPE OF ARREST:  ☐ ON - VIEW   ☒ TAKEN INTO CUSTODY   DISPOSITION OF JUVENILE ARREST OR RUNAWAY:
☐ SUMMONED / CITED - NOT TAKEN INTO CUSTODY   ☐ RUNAWAY   ☐ HANDLED IN DEPARTMENT   ☐ REFERRED TO OTHER AUTHORITIES

ARREST / CONTACT LOCATION: 4127 THOMPSON KCKS 66103   WARRANT #   DATE

**ARRESTEE #**

| ARRESTEE'S / RUNAWAY NAME | LAST BIRDSONG | FIRST JEROME   III | MIDDLE |

ALIASES - MONIKERS

| ADDRESS   STREET | CITY | STATE | ZIP | TELEPHONE NUMBER (HOME) |

| HEIGHT | WEIGHT | HAIR | EYES | RACE | SEX | ETHNICITY | RES / N-RES | AGE | DATE OF BIRTH (MMDDCCYY) 08-09-1981 | PLACE OF BIRTH (STATE / COUNTRY) |

| HAIR LENGTH | HAIR STYLE | FACIAL HAIR | GLASSES | TEETH | EYE APPEARANCE | COMPLEXION | BUILD | R - L HANDED | SPEECH |

| SCARS - MARKS | TATTOOS | ARRESTEE WORE | APPEARANCE |

| DRIVERS LICENSE NUMBER | D L STATE | SOCIAL SECURITY NUMBER | EMPLOYER / SCHOOL |

| TELEPHONE NUMBER (WORK / SCHOOL) | ADDRESS   STREET | CITY | STATE | ZIP |

| ARRESTEE INJURIES   MINOR | MIRANDA:DATE - TIME | BY | ARREST APPROVED BY: |

ARRESTEE ARMED WITH ( MAXIMUM OF 2 ):   ☒ UNARMED   ARRESTEE BEHAVIOR (ALL APPLICABLE):
☐ HANDGUN  ☐ AUTO   ☐ SHOTGUN  ☐ AUTO   ☐ CLUB / BLACKJACK / KNUCKS   ☐ DRUNK  ☒ RESISTED  ☐ BIZARRE BEHAVIOR  ☐ OTHER
☐ RIFLE  ☐ AUTO   ☐ LETHAL CUTTING INSTRUMENT   ☐ DRINKING  ☒ PROFANE  ☐ SUICIDAL REMARKS
☐ OTHER  ☐ AUTO   ☐ INJURED  ☐ LOUD  ☐ COOPERATIVE

**ADDITIONAL INCIDENTS / CHARGES**

| CASE NUMBER 2010050784 | DATE OF INCIDENT 05/07/2010 | STATE STATUTE VIOLATION 21-3608 | OFFENSE WAS: ☐ ATTEMPTED ☒ COMPLETED | CLEARANCE INDICATOR: |
|---|---|---|---|---|
| DESCRIPTION CHILD ENDANGERMENT | | LOCAL CODE | | ☐ COUNT ☒ MULTIPLE |
| TYPE OF THEFT: L ☐ SHOPLIFTING  V ☐ MOTOR VEHICLE  M ☐ COIN MACHINE  P ☐ POCKET-PICKING  F ☐ THEFT FROM M V  B ☐ FROM BUILDING  S ☐ PURSE SNATCHING  O ☐ ALL OTHER  A ☐ M V PARTS & ACC  E ☐ EMBEZZLEMENT  N ☒ NOT APPLICABLE  T ☐ POSS. STOLEN PROP | | ADDITIONAL CHARGES | ☐ AID / ABET ☐ CONSPIRACY ☐ SOLICITATION | ☐ OUTSIDE AGENCY |

| CASE NUMBER 2010050784 | DATE OF INCIDENT 05/07/2010 | STATE STATUTE VIOLATION 36A06(A)(1) | OFFENSE WAS: ☐ ATTEMPTED ☒ COMPLETED | CLEARANCE INDICATOR: |
|---|---|---|---|---|
| DESCRIPTION POSS. OF METH W/INTENT | | LOCAL CODE | | ☐ COUNT ☒ MULTIPLE |
| TYPE OF THEFT: L ☐ SHOPLIFTING  V ☐ MOTOR VEHICLE  M ☐ COIN MACHINE  P ☐ POCKET-PICKING  F ☐ THEFT FROM M V  B ☐ FROM BUILDING  S ☐ PURSE SNATCHING  O ☐ ALL OTHER  A ☐ M V PARTS & ACC  E ☐ EMBEZZLEMENT  N ☒ NOT APPLICABLE  T ☐ POSS. STOLEN PROP | | ADDITIONAL CHARGES | ☐ AID / ABET ☐ CONSPIRACY ☐ SOLICITATION | ☐ OUTSIDE AGENCY |

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION | OFFENSE WAS: ☐ ATTEMPTED ☐ COMPLETED | CLEARANCE INDICATOR: |
|---|---|---|---|---|
| DESCRIPTION | | LOCAL CODE | | ☐ COUNT ☐ MULTIPLE |
| TYPE OF THEFT: L ☐ SHOPLIFTING  V ☐ MOTOR VEHICLE  M ☐ COIN MACHINE  P ☐ POCKET-PICKING  F ☐ THEFT FROM M V  B ☐ FROM BUILDING  S ☐ PURSE SNATCHING  O ☐ ALL OTHER  A ☐ M V PARTS & ACC  E ☐ EMBEZZLEMENT  N ☐ NOT APPLICABLE  T ☐ POSS. STOLEN PROP | | ADDITIONAL CHARGES | ☐ AID / ABET ☐ CONSPIRACY ☐ SOLICITATION | ☐ OUTSIDE AGENCY |

**VEHICLE**

| VEHICLE YEAR | MAKE | MODEL | STYLE | COLOR | VIN NUMBER | LICENSE #   STATE   YEAR |

| TOWED BY | DRIVER | LOCATION OF KEYS | LOCATION OF VEHICLE | CONDITION |

| OWNER | ADDRESS |

| RELEASED BY | ADDRESS | DATE | TIME |

| REPORTING OFFICER P. LOCKE   1884 | DATE 05/07/2010 | COPIES TO: | SUPERVISING OFFICER |

REVISED 09/2002

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# KANSAS CITY KANSAS POLICE DEPARTMENT

## OFFICER DEFENSIVE ACTION REPORT

| 1) DATE | 2) TIME | 3) LOCATION | | 4) DISTRICT | 5) COMPLAINT # |
|---|---|---|---|---|---|
| 05/07/2010 | 1701 | 4127 Thompson   KCK 66106 | | 332 | 2010050784 |

| 6) SUBJECT'S NAME | 7) DATE OF BIRTH | 8) HEIGHT | 9) WEIGHT | 10) RACE | 11) ETH. | 12) SEX |
|---|---|---|---|---|---|---|
| Jerome Birdsong | /1981 | 5'9" | 210 LBS | W | N | M |

**13) SUBJECT'S ADDRESS (NUMBER, CITY, STATE, ZIP)**  4127 Thompson   KCK 66106

**14) PHONE NUMBER**  - -

**15) PRIOR ARRESTS (CHECK J-CODES BOX)**  ☐ -1 ☐ -2 ☐ -3 ☐ -4 ☒ -5 ☒ -6 ☒ -7 ☒ -8 ☐ -9 ☒ -10

## 16) REASON THE USE OF FORCE WAS NECESSARY:

☒ TO EFFECT AN ARREST ☐ TO DEFEND SELF ☐ TO RESTRAIN FOR SUBJECT'S SAFETY

☐ TO DEFEND ANOTHER OFFICER ☐ TO PREVENT A VIOLENT FELONY ☐ FIELD FORCE OPERATION

☐ TO DEFEND ANOTHER PERSON ☐ TO PREVENT A VIOLENT MISDEMEANOR ☐ OTHER:

| 17) WAS SUBJECT INJURED? | 18) TRANSPORTED BY | 19) DESTINATION | 20) ATTENDING PHYSICIAN | 21) PHOTOS BY |
|---|---|---|---|---|
| ☒ YES<br>☐ NO (go to block 23 UNLESS SUBJECT WAS STRUCK BY L.L. MUNITIONS) | 759/754 | KCI | ☐ ADMITTED ☒ TREATED AND RELEASED | |

**22) DESCRIBE SUBJECT'S INJURIES (ALL THAT APPLY):**  ☒ BRUISING ☐ UNCONSCIOUSNESS ☒ OTHER MINOR ☐ OTHER MAJOR ☐ DEATH

| 23) # SUBJECTS THAT RESISTED: | 24) # OFFICERS PRESENT: | 25) SUPERVISOR NOTIFIED/TIME | 26) NOTIFIED SUPERVISOR'S SIGNATURE |
|---|---|---|---|
| 2 | 2 | SGT HALLMARK 1782 | SGT |

## 27) AT THE TIME OF ARREST, THE SUBJECT WAS:

☐ UNDER THE INFLUENCE OF ALCOHOL OR DRUGS ☐ MENTALLY IMPAIRED

☒ SUSPECTED UNDER THE INFLUENCE OF ALCOHOL OR DRUGS ☐ OTHER:

## 28) LEVELS OF RESISTANCE:

☐ **PSYCHOLOGICAL INTIMIDATION (EXPLAIN):** _____
(Non-verbal cues indicating the subject's attitude or physical readiness)

☐ **VERBAL NON-COMPLIANCE (EXPLAIN):** _____
(Verbal responses or threats of non-compliance to officer's directions)

☒ **PASSIVE RESISTANCE (EXPLAIN):** Holding Hands under Body
(Dead weight or clinging to objects in an attempt to prevent the officer from gaining control)

☒ **ESCAPE RESISTANCE (EXPLAIN):** Running From officers Pushing Officers
(Pushing or pulling away from the officer to avoid control, however, not attempting to harm the officer)

☐ **ACTIVE AGGRESSION (EXPLAIN):** _____
(Physical actions of assault)

☐ **AGGRAVATED ACTIVE AGGRESSION (EXPLAIN):** _____
(Assaults with the intent and apparent ability to cause death or great bodily harm)

## 29) LEVELS OF CONTROL (OFFICER PRESENCE IS ASSUMED):

☒ **VERBAL DIRECTION (EXPLAIN):** Police Stop Stop Resisting Give Me your Hands
(Commands of direction or of arrest)

☐ **ACTIVE POINTING (EXPLAIN):** _____

☒ **EMPTY HAND CONTROL (EXPLAIN):** Tackled To The Ground

| SOFT | Location: _____ | HARD | |
|---|---|---|---|
| ☒ Muscling | | ☐ Hand Strikes | Location: _____ |
| ☐ Joint Locks | | ☐ Leg Strikes | Location: _____ |
| ☐ Pressure Points | | ☐ Shoulder Pin | Circle Level:  1  2  3 |

☐ **INTERMEDIATE WEAPONS (EXPLAIN):** _____
(Check all appropriate)
☐ OC Spray ☐ CS ☐ Primary Impact Weapon ☐ Conducted Energy Weapon ☐ Less Lethal Munitions
☐ Alternative Impact Weapon ☐ Other _____

☐ **LETHAL FORCE (EXPLAIN):** _____
(Firearms or other lethal force applied)

**30) RESTRAINT METHOD USED:**  ☒ HANDCUFFS ☐ LEG RESTRAINTS ☐ FLEX CUFFS ☐ SPIT SHIELD ☐ OTHER: ☐ NONE

| 31) REPORTING OFFICER SIGNATURE / SERIAL # | 32) REGULAR SUPERVISOR SIGNATURE | SERIAL # |
|---|---|---|
| T Toms   1839 | SGT | 1729 |

KCKPD Form # 10 (12/2005)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          UG00035

**33) CONTROL POINT TARGET AREAS**

- Infra-Orbital Nerve (P.P.)
- Jugular Notch (P.P.)
- Brachial Plexus Tie-In (H.E.H.)
- Median Nerve (H.E.H./I.W.)
- Mandibular Angle (P.P.)
- Hypoglossal Nerve (P.P.)
- Brachial Plexus (Origin) (H.H.)
- Brachial Plexus (Cervical Notch) (P.P.)
- Femoral Nerve (I.W.)
- Tibial Nerve (Rear) (I.W.)
- Radial Nerve (I.W./H.E.H.)
- Common Peroneal (I.W.)

P.P. – Pressure Point
H.E.W. – Hard Empty Hand
I.W. – Impact Weapon

**VARIABLES AFFECTING LEVELS OF CONTROL**
1. Officer/Subject Size and Gender
2. Environmental Conditions
3. Reaction Time

**34) CHEMICAL SPRAY TARGET AREA**

- Primary Target Area
- Application Area

**35) EFFECTS OF CHEMICAL SPRAY**

| What Effect did Chemical Spray Have? | Were Further Control Methods Needed? |
|---|---|
| | ☐ Yes ☐ No |
| Number of Times Sprayed: | Approximate Distance from Subject: _____ ft. |
| Eyes: ☐ Closure ☐ Tears ☐ No Effect | Skin: ☐ Redness ☐ Burning ☐ No Effect |
| | Chest: ☐ Coughing ☐ Labored Breathing |
| Nose: ☐ Discharge ☐ Irritation ☐ No Effect | ☐ No Effect |

**36) POST INCIDENT OBSERVATION OF PHYSICAL AND MENTAL CONDITION OF SUBJECT**

A. Immediately Following Final Control Technique:
SCREAMING AT OFFICERS "FUCK THE POLICE"

B. 15 Minutes Following Final Control Technique:
SCREAMING "FUCK YOU"

C. 30 Minutes Following Final Control Technique:
CALMING DOWN

**37) NARRATIVE: (Tab for next line down. Do not push enter)**

OFFICER LOCKE AND I WERE ATTEMPTING TO LOCATE THE LISTED SUBJECT. WE SAW THE SUBJECT IN THE PARKING LOT HOLDING HIS YOUNG CHILD. THE SUBJECT SAW US, DROPPED HIS CHILD, AND RAN. I CAUGHT THE SUBJECT BY PUSHING AND THEN TACKLING HIM INTO A FENCE. THE SUBJECT CONTINUED TO RESIST BY HOLDING HIS HANDS UNDER HIS BODY. THE SUBJECTS ARMS WERE PULLED BEHIND HIM THEN CUFFED. THE SUBJECT WAS TAKEN TO KU FOR TREATMENT FOR MINOR ABRASIONS. SGT HALLMARK WAS NOTIFIED.

**38)** ☐ LESS LETHAL MUNITIONS IMPACT AREAS (Label with "LL")
☐ CONDUCTED ENERGY WEAPON (Label with "CEW")

INDICATE IMPACT AREAS FOR LESS LETHAL MUNITIONS OR CONDUCTED ENERGY WEAPON ON DIAGRAM

** BOXES # 15 THROUGH 20 REQUIRED FOR LESS LETHAL MUNITIONS OR CONDUCTED ENERGY WEAPON DEPLOYMENT.

**39) EFFECT OF LESS LETHAL MUNITIONS OR CONDUCTED ENERGY WEAPON DEPLOYMENT**

| Effective? ☐ Yes ☐ No | Were Further Control Methods Needed? ☐ Yes ☐ No |
|---|---|
| Number of Times Conducted Energy Weapon Used: | Serial # of Fired Energy Cartridge: |
| Number of L.L. Rounds Deployed: | # Hits | # Misses |
| Approximate Distance from Subject: _____ ft. | Number of L.L. Munitions Recovered and collected as evidence: |
| Cover Officer Name and Serial Number | |
| Name/Ser. # of Supervisor Taking Custody of L.L. System After Deployment: | |

| OPERATIONS OR UNIT COMMANDER  CPT. _____ SERIAL # 1582 | ADDITIONAL REPORTS ☐ Attached Addendum Report   ☐ Investigative Report   ☐ Discharge of Firearm Report |
|---|---|

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          UG00036

# KANSAS CITY KANSAS POLICE DEPARTMENT

## OFFICER DEFENSIVE ACTION REPORT

| 1) DATE | 2) TIME | 3) LOCATION | | | 4) DISTRICT | 5) COMPLAINT # |
|---|---|---|---|---|---|---|
| 05/07/2010 | 1721 | 4127 THOMPSON   KCKS 66103 | | | 332 | 2010050784 |

| 6) SUBJECT'S NAME | 7) DATE OF BIRTH | 8) HEIGHT | 9) WEIGHT | 10) RACE | 11) ETH. | 12) SEX |
|---|---|---|---|---|---|---|
| JEROME BIRDSONG III | 1981 | 5'11" | 210 LBS | W | N | M |

| 13) SUBJECT'S ADDRESS (NUMBER, CITY, STATE, ZIP) | 14) PHONE NUMBER | 15) PRIOR ARRESTS (CHECK J-CODES BOX) |
|---|---|---|
| 4127 THOMPSON    KCKS 66103 | - - | ☐-1 ☐-2 ☐-3 ☐-4 ☒-5 ☒-6 ☐-7 ☒-8 ☐-9 ☐-10 |

### 16) REASON THE USE OF FORCE WAS NECESSARY:

- ☒ TO EFFECT AN ARREST
- ☐ TO DEFEND SELF
- ☐ TO RESTRAIN FOR SUBJECT'S SAFETY
- ☐ TO DEFEND ANOTHER OFFICER
- ☐ TO PREVENT A VIOLENT FELONY
- ☐ FIELD FORCE OPERATION
- ☐ TO DEFEND ANOTHER PERSON
- ☐ TO PREVENT A VIOLENT MISDEMEANOR
- ☐ OTHER:

| 17) WAS SUBJECT INJURED? | 18) TRANSPORTED BY | 19) DESTINATION | 20) ATTENDING PHYSICIAN | 21) PHOTOS BY |
|---|---|---|---|---|
| ☒ YES<br>☐ NO (go to block 23 UNLESS SUBJECT WAS STRUCK BY L.L. MUNITIONS) | 759/754 | K.U. MED CENTER | ☐ ADMITTED ☒ TREATED AND RELEASED | |

### 22) DESCRIBE SUBJECT'S INJURIES (ALL THAT APPLY):

☒ BRUISING   ☐ UNCONSCIOUSNESS   ☒ OTHER MINOR   ☐ OTHER MAJOR   ☐ DEATH

| 23) # SUBJECTS THAT RESISTED: | 24) # OFFICERS PRESENT: | 25) SUPERVISOR NOTIFIED/TIME | 26) NOTIFIED SUPERVISOR'S SIGNATURE |
|---|---|---|---|
| 1 | 2 | SGT. HAULMARK   1721 | Sgt _____ 778 |

### 27) AT THE TIME OF ARREST, THE SUBJECT WAS:

- ☐ UNDER THE INFLUENCE OF ALCOHOL OR DRUGS
- ☐ MENTALLY IMPAIRED
- ☒ SUSPECTED UNDER THE INFLUENCE OF ALCOHOL OR DRUGS
- ☐ OTHER: ADMITTED METH USE TODAY

### 28) LEVELS OF RESISTANCE:

- ☐ PSYCHOLOGICAL INTIMIDATION (EXPLAIN): _____
  (Non-verbal cues indicating the subject's attitude or physical readiness)
- ☐ VERBAL NON-COMPLIANCE (EXPLAIN): _____
  (Verbal responses or threats of non-compliance to officer's directions)
- ☒ PASSIVE RESISTANCE (EXPLAIN): HOLDING HANDS UNDER BODY, CLINGING TO NARCOTIC
  (Dead weight or clinging to objects in an attempt to prevent the officer from gaining control)
- ☒ ESCAPE RESISTANCE (EXPLAIN): RUNNING FROM OFFICERS, PUSH AND PULLED AWAY.
  (Pushing or pulling away from the officer to avoid control, however, not attempting to harm the officer)
- ☐ ACTIVE AGGRESSION (EXPLAIN): _____
  (Physical actions of assault)
- ☐ AGGRAVATED ACTIVE AGGRESSION (EXPLAIN): _____
  (Assaults with the intent and apparent ability to cause death or great bodily harm)

### 29) LEVELS OF CONTROL (OFFICER PRESENCE IS ASSUMED):

- ☒ VERBAL DIRECTION (EXPLAIN): STOP RESISTING
  (Commands of direction or of arrest)
- ☐ ACTIVE POINTING (EXPLAIN): _____
- ☒ EMPTY HAND CONTROL (EXPLAIN): PULLING HANDS AND ARMS OUT FROM UNDER BODY

| SOFT | | HARD | |
|---|---|---|---|
| ☒ Muscling | Location: _____ | ☐ Hand Strikes | Location: _____ |
| ☐ Joint Locks | | ☐ Leg Strikes | Location: _____ |
| ☐ Pressure Points | | ☐ Shoulder Pin | Circle Level:   1   2   3 |

- ☐ INTERMEDIATE WEAPONS (EXPLAIN): _____
  (Check all appropriate)
  - ☐ OC Spray   ☐ CS   ☐ Primary Impact Weapon   ☐ Conducted Energy Weapon   ☐ Less Lethal Munitions
  - ☐ Alternative Impact Weapon   ☐ Other _____
- ☐ LETHAL FORCE (EXPLAIN): _____
  (Firearms or other lethal force applied)

### 30) RESTRAINT METHOD USED:

☒ HANDCUFFS  ☐ LEG RESTRAINTS  ☐ FLEX CUFFS  ☐ SPIT SHIELD  ☐ OTHER: _____  ☐ NONE

| 31) REPORTING OFFICER SIGNATURE / SERIAL # | 32) REGULAR SUPERVISOR SIGNATURE | SERIAL # |
|---|---|---|
| P. LOCKE   1984 | Sgt _____ 778 | |

KCKPD Form # 10 (12/2005)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          UG00037

## 33) CONTROL POINT TARGET AREAS

Infra-Orbital Nerve (P.P.)
Jugular Notch (P.P.)
Brachial Plexus Tie-in (H.E.H.)
Median Nerve (H.E.H./I.W.)
Femoral Nerve (I.W.)
Tibial Nerve (Rear) (I.W.)

Mandibular Angle (P.P.)
Hypoglossal Nerve (P.P.)
Brachial Plexus (Origin) (H.H.)
Brachial Plexus (Cervical Notch) (P.P.)
Radial Nerve (I.W./H.E.H.)
Common Peroneal (I.W.)

P.P. – Pressure Point
H.E.W. – Hard Empty Hand
I.W. – Impact Weapon

### VARIABLES AFFECTING LEVELS OF CONTROL
1. Officer/Subject Size and Gender
2. Environmental Conditions
3. Reaction Time

## 34) CHEMICAL SPRAY TARGET AREA

Primary Target Area
Application Area

## 35) EFFECTS OF CHEMICAL SPRAY

| What Effect did Chemical Spray Have? | Were Further Control Methods Needed? |
|---|---|
| | ☐ Yes  ☐ No |
| | Approximate Distance from Subject: ____ ft. |
| Number of Times Sprayed: | Skin: ☐ Redness  ☐ Burning  ☐ No Effect |
| Eyes: ☐ Closure  ☐ Tears  ☐ No Effect | Chest: ☐ Coughing  ☐ Labored Breathing |
| Nose: ☐ Discharge  ☐ Irritation  ☐ No Effect | ☐ No Effect |

## 36) POST INCIDENT OBSERVATION OF PHYSICAL AND MENTAL CONDITION OF SUBJECT

A. Immediately Following Final Control Technique:
YELLING AND CURSING OFFICERS

B. 15 Minutes Following Final Control Technique:
MORE YELLING AND CURSING OFFICERS

C. 30 Minutes Following Final Control Technique:
CALMED DOWN

## 37) NARRATIVE: (Tab for next line down. Do not push enter)

OFC. TOMS AND I, TWO MAN UNIT, WERE ATTEMPTING TO LOCATE LISTED SUBJECT WHO HAD A NARCOTIC WARRANT. WE OBSERVED THE SUBJECT HOLDING HIS CHILD. THE SUBJECT SEEN OFFICERS, THREW THE CHILD DOWN AND RAN ON FOOT. OFC. TOMS CAUGHT UP TO THE SUBJECT AND TOOK HIM TO THE GROUND, I ASSISTED WHEN SUBJECT WAS PUSHING AND PULLING AWAY FROM OFC. TOMS ON THE GROUND. I MUSCLED THE SUBJECTS ARMS BEHIND HIS BACK AND APPLIED CUFFS. SUBJECT TRANSPORTED TO K.U. MED AS HE ADVISED OF HEART PROBLEMS. K.U. MED RELEASED SUBJECT AND HE WAS BOOKED AT THE WYCO JAIL. SGT. HAULMARK NOTIFIED AND WAS ON-SCENE. SUBJECT WAS HOLDING ONTO A SIZEABLE QUANTITY OF METH.

## 38) LESS LETHAL MUNITIONS IMPACT AREAS (Label with "LL")
☐ CONDUCTED ENERGY WEAPON (Label with "CEW")

INDICATE IMPACT AREAS FOR LESS LETHAL MUNITIONS OR CONDUCTED ENERGY WEAPON ON DIAGRAM

** BOXES # 15 THROUGH 20 REQUIRED FOR LESS LETHAL MUNITIONS OR CONDUCTED ENERGY WEAPON DEPLOYMENT.

## 39) EFFECT OF LESS LETHAL MUNITIONS OR CONDUCTED ENERGY WEAPON DEPLOYMENT

| Effective? ☐ Yes  ☐ No | Were Further Control Methods Needed? ☐ Yes  ☐ No |
|---|---|
| Number of Times Conducted Energy Weapon Used: | Serial # of Fired Energy Cartridge: |
| Number of L.L. Rounds Deployed: | # Hits     # Misses |
| Approximate Distance from Subject: ____ ft. | Number of L.L. Munitions Recovered and collected as evidence: |
| Cover Officer Name and Serial Number | |
| Name/Ser. # of Supervisor Taking Custody of L.L. System After Deployment: | |

OPERATIONS OR UNIT COMMANDER          SERIAL #

CPT _____ 1582

## ADDITIONAL REPORTS
☐ Attached Addendum Report     ☐ Investigative Report     ☐ Discharge of Firearm Report

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          UG00038



# Kansas City Kansas Police Department
## Addendum Report

Complaint #: 2010050784

| Type of Addendum | | | | Page 1 of 1 |
|---|---|---|---|---|
| ☑ Investigative ☐ Continuation ☐ Miscellaneous Offense | | | | |

| Victim's Name (Last, First MI or Firm Name of Business) | Victim's Address (House No.-Street Name-Zip Code) | Telephone |
|---|---|---|
| SOCIETY | 701 N. 7TH KCKS 66101 | 596-3000 |

| Classification of Offense | Location of Offense | District of Occurrence | Date/Time |
|---|---|---|---|
| POSS. OF METH W/INTENT | 4127 THOMPSON KCKS 66103 | 332 | 05/07/2010 1721 |

**Narrative**

ON LISTED DATE/TIME/LOCATION NARCOTICS OFFICERS REQUESTED THE NIGHT COPPS ASSISTANCE WITH LOCATING JEROME BIRDSONG W/M ██ 81, WHO HAD A NARCOTICS WARRANT.

OFC. TOMS AND I (A TWO MAN UNIT) ARRIVED IN THE PARKING LOT AND OBSERVED MR. BIRDSONG HOLDING HIS 2 YEAR OLD CHILD. AS OFFICERS APPROACHED, MR. BIRDSONG SEEN US, THREW HIS CHILD TO THE GROUND AND ATTEMPTED FLIGHT ON FOOT. MR. BIRDSONG WAS TACKLED TO THE GROUND. SUBJECT BEGAN TO PUSH AND PULL AWAY FROM OFC. TOMS WHILE ON THE GROUND, HOLDING WHAT APPEARED TO BE A SIZEABLE QUANTITY OF METH. OFC. TOMS AND I MUSCLED HIS ARMS TO HIS BACK AND TOOK MR. BIRDSONG INTO CUSTODY.

MR. BIRDSONG SAID THE METH WAS HIS FOR PERSONAL USE AND HE HAS TO HIT AT LEAST A 1/8 OZ TO EVEN GET HIGH, BECAUSE HE IS AN ADDICT.

NARCOTICS RECOVERED THE SUSPECTED METH, WHICH TESTED POSITIVE FOR THE PRESUMPTIVE PRESUMPTIVE PRESENCE OF METH.

SUBJECT TRANSPORTED TO K.U. MED AND RELEASED. SUBJECT BOOKED AT THE WYCO JAIL. EVIDENCE PUT INTO PROPERTY,

| Reporting Officer(s) | Supervisor Approval | District of Report |
|---|---|---|
| P. LOCKE / TOMS  1884 / 1839 | SGT  1729 | 759 |

KCKPD#22 (09-2007)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          UG00044

*10 CR 504*

*OF*

*F I L E D*

**2010 MAY -5  PM 4: 10**

CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS

# INFORMATION

BY

| | | |
|---|---|---|
| State of Kansas, | } | In the District Court of the Twenty-Ninth Judicial |
| | }SS. | District of the State of Kansas, sitting within |
| Wyandotte County, | } | and for the County of Wyandotte, State of Kansas |

**The State of Kansas**

**v.**

**Jerome R. Birdsong**

Jerome A. Gorman, as District Attorney in and for the 29th Judicial District of the State of Kansas, County of Wyandotte, prosecuting for and on behalf of said State, within the 29th Judicial District, County of Wyandotte, and in the name, by the authority and on behalf of the said State of Kansas, now, here, in and to the District Court of the said 29th Judicial District, and State of Kansas, information gives that at said 29th Judicial District, County of Wyandotte, State of Kansas, within the jurisdiction of this Court, on or about May 3rd, 2010, Jerome R. Birdsong did unlawfully, willfully possess a quantity of Marijuana, having been previously convicted of Possession of Marijuana, in violation of K.S.A. 21-36a06(b)(3). (Possession of Marijuana, Severity Level 4 Nonperson Drug Felony).

## COUNT II

At the County of Wyandotte, State of Kansas, for a further, different and second count Herein; Information reads that on or about May 3rd, 2010, defendant Jerome R. Birdsong did unlawfully, willfully drive a motor vehicle on a public highway of this state while his privilege to do so was revoked or suspended, in violation of K.S.A. 8-262. (Driving While Suspended, Class B Nonperson Misdemeanor.)

Contrary to the statute in such case made and provided.

D.Paul Theroff
Assistant District Attorney

UG00253

STATE OF KANSAS, COUNTY OF WYANDOTTE, SS:

JEROME A. GORMAN, being first duly sworn, says that he is the District Attorney of the 29th Judicial District of the State of Kansas, that he has read the foregoing information, and knows the contents thereof, and that he has good reason to, and does verily believe the same to be true.

D.Paul Theroff
Assistant District Attorney

Subscribed and sworn to before me this 5th day of May , 2010. **KATHLEEN M. COLLINS**

Clerk of the District Court
Wyandotte County, Kansas

# **INFORMATION**

Case No. : 10CR5104

STATE OF KANSAS
v.
Jerome R. Birdsong

Witnesses on Behalf of the State:

Police Witnesses                                        Civilian Witnesses

Off. P. Locke - KCKPD
Off. T. Toms - KCKPD
Off. J. Reyes - KCKPD
Sgt. S. Haulmark - KCKPD
Det. W. Michael - KCKPD
Dr. Colen - KCKCC

## SHERIFF'S RETURN

On **05.05** 2010 I received this warrant and executed it by arresting the defendant, Jerome R. Birdsong, and bringing him into this court this __18__ day of __May__ 2010 .

Don Ash Sheriff

J.Sewell Deputy

**In Custody**

| | |
|---|---|
| ENTERED: | 05.06.10 |
| LOGGED: | 06.06.10 |
| ALERT: | 3817125 |
| NCIC: | W490378475 |

## WARRANT

### THE STATE OF KANSAS
### vs.

Jerome R. Birdsong
1255 Douglas
Kansas City, Kansas

White, Male

SSN: XXX-XX-5618
DOB: XX-XX-1981

Case No. __10CR5104__
KCKPD # N201005011

Bond $ __5000__

2010 MAY 18 PM 4: 21
BY
CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS
DEPUTY

## FIRST APPEARANCE

DATE __05.18.10__ Defendant Jerome R. Birdsong appears personally. Warrant read to defendant. Defendant pleads not guilty. Preliminary hearing is hereby set for __5/25__ 2010 9 A.M. Defendant's Bond fixed at $ __5,000.00__

Judge of the District Court
Division __11__

WY. CO. SHERIFF
MAY 0 5 2010
TIME __448__

FILED

2010 MAY -5  PM 4:09

CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS
BY

DEPUTY

# IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

## WARRANT

STATE OF KANSAS, COUNTY OF WYANDOTTE, ss.

The State of Kansas to Any Sheriff of the State of Kansas:

WHEREAS, complaint under oath, or a verified information in writing has been made to me, and it appearing that there are reasonable grounds for believing that at the County of Wyandotte, State of Kansas, and on or about May 3rd, 2010, Jerome R. Birdsong did unlawfully, willfully possess a quantity of Marijuana, having been previously convicted of Possession of Marijuana, in violation of K.S.A. 21-36a06(b)(3). (Possession of Marijuana, Severity Level 4 Nonperson Drug Felony).

### COUNT II

At the County of Wyandotte, State of Kansas, for a further, different and second count Herein; Information reads that on or about May 3rd, 2010, defendant Jerome R. Birdsong did unlawfully, willfully drive a motor vehicle on a public highway of this state while his privilege to do so was revoked or suspended, in violation of K.S.A. 8-262. (Driving While Suspended, Class B Nonperson Misdemeanor.)

You are therefore commanded forthwith to arrest Jerome R. Birdsong and bring him before some magistrate of said Wyandotte County, to be dealt with according to law, and then return this warrant.

Witness my hand this the 5th day of May , 2010.

_____
Judge of the District Court of Wyandotte County, Kansas

Clerk of the District Court KATHLEEN M. COLLINS

By: _____
    Deputy Clerk

2011 AUG 23 AM 11: 52

# IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
## CRIMINAL DEPARTMENT

BY                    DEPUTY

STATE OF KANSAS,                    )
            Plaintiff.          )
                vs.                    )          Court Case Number: 2010CR0564
JEROME R. BIRDSONG,                  )
            Defendant.          )

## ORDER OF DISMISSAL

NOW ON THIS 18th day of August, 2011, the above matter comes on for hearing. Plaintiff appears by and through Jerome A. Gorman, duly elected, qualified and acting District Attorney of the Twenty-ninth Judicial District of Kansas, and Mark Menefee, Assistant District Attorney.

The Court, after being well and fully advised in the premises, finds that the action should be dismissed for the following reason(s): Plea in case number 2010CR0588.

IT IS THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED BY THE COURT that the above-entitled cause be and it is hereby dismissed.

Further, it is ORDERED that the Sheriff of Wyandotte County or his designated deputy is to return the warrant to the Office of the Clerk of the District Court, Criminal Division, forthwith.

IT IS SO ORDERED.

Costs vs. State.

ROBERT P. BURNS
Judge of the District Court

APPROVED:
Jerome A. Gorman
District Attorney

By: 

Mark Menefee # 23677
Assistant District Attorney

UG00262

## SHERIFF'S RETURN

On **05-10** 2010 I received this warrant and executed it by arresting the defendant, Jerome R. Birdsong, and bringing him into this court this **18** day of **May** 2010.

**DonCoh** Sheriff

**Sewell** Deputy

**In Custody**

## WARRANT

### THE STATE OF KANSAS
### vs.

Jerome R. Birdsong
4127 S. Thompson #24
Kansas Cirt, KS 66103

White, Male

SSN: XXX-XX-5618
DOB: XX-XX-1981

Case No. **10 CR 588**
KCKPD # 2010 05 0784 / N2010 05 045

Bond $ **15,000.00**

*[Clerk of the District Court, Wyandotte County, Kansas — FILED 2010 MAY 18 PM 4:24 — BY ___ DEPUTY]*

## FIRST APPEARANCE

DATE **05 18-10** Defendant Jerome R. Birdsong appears personally.  Warrant read to defendant. Defendant pleads not guilty.  Preliminary hearing is hereby set for **5/25** 2010 **9** .M. Defendant's Bond fixed at $ **15,000.00**

Judge of the District Court
Division **11**

WY. CO. SHERIFF

MAY 1 0 2010

TIME **1125**

# IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

FILED

2010 MAY 10  AM 9: 11

CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS

DEPUTY

BY

## WARRANT

STATE OF KANSAS, COUNTY OF WYANDOTTE, ss.

The State of Kansas to Any Sheriff of the State of Kansas:

WHEREAS, complaint under oath, or a verified information in writing has been made to me, and it appearing that there are reasonable grounds for believing that at the County of Wyandotte, State of Kansas, and on or about May 7th, 2010, Jerome R. Birdsong did unlawfully, willfully and feloniously possess with the intent to distribute a quantity of Methamphetamine, in violation of K.S.A. 21-36a05(a)(1). (Possession of Methamphetamine with the intent to distribute, Severity Level 3, Nonperson Drug Felony).

### COUNT II

At the County of Wyandotte, State of Kansas, for a further, different and second count Herein; Information reads that on or about May 7th, 2010, defendant(s) Jerome R. Birdsong did unlawfully willfully and feloniously possess or import into the State of Kansas in excess of 1 gram of a controlled substance, to-wit: Methamphetamine, without affixing the appropriate stamps, labels or other indicia of having paid the tax levied thereon by K.S.A. 79-5202, in violation of K.S.A. 79-5204 and 79-5208.(Possession of Controlled Substance Without a Tax Stamp, Severity Level 10, Nonperson Felony).

### COUNT III

At the County of Wyandotte, State of Kansas, for a further, different and third count Herein; Information reads that on or about May 7th, 2010, defendant(s) Jerome R. Birdsong did unlawfully, intentionally and unreasonably cause or permit a child under the age of eighteen (18) years of age, to-wit: J███ B███ (DOB: ███-2007), to be placed in a situation in which his life, body or health could have been injured or endangered, in violation of K.S.A. 21-3608. (Endangering a Child, Class A Person Misdemeanor).

You are therefore commanded forthwith to arrest Jerome R. Birdsong and bring him before some magistrate of said Wyandotte County, to be dealt with according to law, and then return this warrant.

Witness my hand this the 8th day of May , 2010.

Judge of the District Court of Wyandotte County, Kansas

Clerk of the District Court _____

By: _____
Deputy Clerk

WFH FD

2011 APR 19  PM 4: 43

# FIRST AMENDED INFORMATION DISTRICT COURT WYANDOTTE COUNTY KANSAS

BY ___ DEPUTY

| State of Kansas, | } | In the District Court of the Twenty-Ninth Judicial |
| | }SS. | District of the State of Kansas, sitting within |
| Wyandotte County, | } | and for the County of Wyandotte, State of Kansas |

*10 CR 588*

**The State of Kansas**

**v.**

**Jerome R. Birdsong**

Jerome A. Gorman, as District Attorney in and for the 29th Judicial District of the State of Kansas, County of Wyandotte, prosecuting for and on behalf of said State, within the 29th Judicial District, County of Wyandotte, and in the name, by the authority and on behalf of the said State of Kansas, now, here, in and to the District Court of the said 29th Judicial District, and State of Kansas, information gives that at said 29th Judicial District, County of Wyandotte, State of Kansas, within the jurisdiction of this Court, on or about May 7th, 2010, Jerome R. Birdsong did unlawfully, willfully and feloniously possess with the intent to distribute a quantity of Methamphetamine, in violation of K.S.A. 21-36a05(a)(1). (Possession of Methamphetamine with the intent to distribute, Severity Level 3, Nonperson Drug Felony).

## COUNT II

At the County of Wyandotte, State of Kansas, for a further, different and second count Herein; Information reads that on or about May 7th, 2010, defendant(s) Jerome R. Birdsong did unlawfully willfully and feloniously possess or import into the State of Kansas in excess of 1 gram of a controlled substance, to-wit: Methamphetamine, without affixing the appropriate stamps, labels or other indicia of having paid the tax levied thereon by K.S.A. 79-5202, in violation of K.S.A. 79-5204 and 79-5208.(Possession of Controlled Substance Without a Tax Stamp, Severity Level 10, Nonperson Felony).

## COUNT III

At the County of Wyandotte, State of Kansas, for a further, different and third count Herein; Information reads that on or about May 7th, 2010, defendant(s) Jerome R. Birdsong did unlawfully, intentionally and unreasonably cause or permit a child under the age of eighteen (18) years of age, to-wit: J___ B___ (DOB: ___2007), to be placed in a situation in which his life, body or health could have been injured or endangered, in violation of K.S.A. 21-3608. (Endangering a Child, Class A Person Misdemeanor).

Contrary to the statute in such case made and provided.

Mark A. Menefee
Assistant District Attorney

UG00305

STATE OF KANSAS, COUNTY OF WYANDOTTE, SS:

JEROME A. GORMAN, being first duly sworn, says that he is the District Attorney of the 29th Judicial District of the State of Kansas, that he has read the foregoing information, and knows the contents thereof, and that he has good reason to, and does verily believe the same to be true.

Mark A. Menefee
Assistant District Attorney

Subscribed and sworn to before me this 19th day of April , 2011.

KATHLEEN M. COLLINS

Clerk of the District Court
Wyandotte County, Kansas

# FIRST AMENDED INFORMATION

Case No. : _2010CRO589_

STATE OF KANSAS
v.
Jerome R. Birdsong

Witnesses on Behalf of the State:

Police Witnesses                                    Civilian Witnesses

Off. N. Doleshal  - KCKPD
Off. D. Passinese  - KCKPD
Off. T. Toms  - KCKPD
Off. P. Locke  - KCKPD
Off. J. Reyes  - KCKPD
Off. D. Underwood  - KCKPD
Det. W. Michael  - KCKPD

## ORDER ACCEPTING PLEA

Following the presenting of defendant's petition and his/her attorney's certificate, I have examined the defendant, under oath, as to the statements therein contained.

I find that the plea of guilty was made by the defendant freely, voluntarily and because he/she is guilty as charged, and not out of ignorance, fear, inadvertence or coercion, and with full understanding of its consequences. I further find that the defendant has admitted the essential elements of the crime  charged and is mentally competent.

IT IS THEREFORE ORDERED that the defendant's plea of "Guilty" be accepted and entered as prayed for in the petition and as recommended in the certificate of his/her lawyer.

Done in open court this _12_ day of _____ _AUG._ _____, 20 _11_.

_____

Judge of the District Court

-5-

UG00313

*10CR624*

FILED

2010 MAY 17 PM 2:10

CLERK DISTRICT COURT
WYANDOTTE COUNTY KANS

BY

DEPUTY

# INFORMATION

| State of Kansas, | } | In the District Court of the Twenty-Ninth Judicial |
| | }SS. | District of the State of Kansas, sitting within |
| Wyandotte County, | } | and for the County of Wyandotte, State of Kansas |

**The State of Kansas**

**v.**

**Jerome R. Birdsong**

Jerome A. Gorman, as District Attorney in and for the 29th Judicial District of the State of Kansas, County of Wyandotte, prosecuting for and on behalf of said State, within the 29th Judicial District, County of Wyandotte, and in the name, by the authority and on behalf of the said State of Kansas, now, here, in and to the District Court of the said 29th Judicial District, and State of Kansas, information gives that at said 29th Judicial District, County of Wyandotte, State of Kansas, within the jurisdiction of this Court, on or about May 15th, 2010, Jerome R. Birdsong did unlawfully, and intentionally cause bodily harm to the person of another, to-wit: Sgt. Phillip Trusskey, in a manner whereby great bodily harm, disfigurement or death can be inflicted, committed against a uniformed or properly identified state, county, or city, law enforcement officer while the officer was engaged in the performance of the officer's duty, in violation of K.S.A. 21-3415. (Aggravated Battery on a Law Enforcement Officer, Severity Level 6, Person Felony).

## COUNT II

At the County of Wyandotte, State of Kansas, for a further, different and second count Herein; Information reads that on or about May 15th, 2010, defendant(s) Jerome R. Birdsong did unlawfully and willfully fail or refuse, while operating a motor vehicle, to bring the vehicle to a stop, or did otherwise flee or attempt to elude a pursuing police vehicle, having been given visual or audible signals to do so by a uniformed police officer, and in the course of such police pursuit: was involved in a motor vehicle accident or did intentionally cause damage to property in violation of K.S.A. 8-1568.(Eluding a Police Officer, Severity Level 9, Person Felony).

Contrary to the statute in such case made and provided.

D.Paul Theroff
Assistant District Attorney

UG00363

STATE OF KANSAS, COUNTY OF WYANDOTTE, SS:

JEROME A. GORMAN, being first duly sworn, says that he is the District Attorney of the 29th Judicial District of the State of Kansas, that he has read the foregoing information, and knows the contents thereof, and that he has good reason to, and does verily believe the same to be true.

D.Paul Theroff
Assistant District Attorney

Subscribed and sworn to before me this 17th day of May , 2010.

**KATHLEEN M. COLLINS**

Clerk of the District Court
Wyandotte County, Kansas

# INFORMATION

Case No. : 10CR1026

STATE OF KANSAS
v.
Jerome R. Birdsong

Witnesses on Behalf of the State:

<u>Police Witnesses</u>                          <u>Civilian Witnesses</u>

Off. P. Trusskey  - KCKPD
Off. J. Bell  - KCKPD
Off. M. Mills  - KCKPD
Off. R. Nunez  - KCKPD
Off. C. Stanturf  - KCKPD
Off. R. Parker  - KCKPD
Off. A. Lewis  - KCKPD
Off. T. Johnson  - KCKPD
Off. N. Schafer  - KCKPD
Off. B. Lancaster  - KCKPD
Off. M. Wilcox  - KCKPD

SHERIFF'S RETURN

On __05-17__ 201_0_ I received this warrant and executed it by arresting the defendant, Jerome R. Birdsong, and bringing him into this court this __18__ _ day of __May__ 201_0_ .

_Donald Ash_ ___ Sheriff

_J.Sewell_ ___ Deputy

**In Custody**

## WARRANT

### THE STATE OF KANSAS
### vs.

Jerome R. Birdsong
4127 Thompson, Apt. 24
Kansas City, Kansas

White, Male

SSN: XXX-XX-5618
DOB: XX-XX-1981

Case No. __10CR626__
KCKPD # 2010051565

Bond $ __50,000.__

BY
CLERK DISTRICT COURT
WYANDOTTE COUNTY KANS.
2010 MAY 18 PM 4:17
DEPUTY

## FIRST APPEARANCE

DATE __05-18-10__ ___ Defendant Jerome R. Birdsong appears personally.  Warrant read to defendant.
Defendant pleads not guilty. Preliminary hearing is hereby set for __5/25__ 201_0_ __9AM.__ Defendant's Bond
fixed at $ __50,000.__

_____
Judge of the District Court
Division __11__

WY. CO. SHERIFF

MAY 1 7 2010

TIME __422__

UG00365

FILED

2010 MAY 17 PM 2: 09

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

BY

DEPUTY

## WARRANT

STATE OF KANSAS, COUNTY OF WYANDOTTE, ss.

The State of Kansas to Any Sheriff of the State of Kansas:

WHEREAS, complaint under oath, or a verified information in writing has been made to me, and it appearing that there are reasonable grounds for believing that at the County of Wyandotte, State of Kansas, and on or about May 15th, 2010, Jerome R. Birdsong did unlawfully, and intentionally cause bodily harm to the person of another, to-wit: Sgt. Phillip Trusskey, in a manner whereby great bodily harm, disfigurement or death can be inflicted, committed against a uniformed or properly identified state, county, or city, law enforcement officer while the officer was engaged in the performance of the officer's duty, in violation of K.S.A. 21-3415. (Aggravated Battery on a Law Enforcement Officer, Severity Level 6, Person Felony).

### COUNT II

At the County of Wyandotte, State of Kansas, for a further, different and second count Herein; Information reads that on or about May 15th, 2010, defendant(s) Jerome R. Birdsong did unlawfully and willfully fail or refuse, while operating a motor vehicle, to bring the vehicle to a stop, or did otherwise flee or attempt to elude a pursuing police vehicle, having been given visual or audible signals to do so by a uniformed police officer, and in the course of such police pursuit: was involved in a motor vehicle accident or did intentionally cause damage to property in violation of K.S.A. 8-1568.(Eluding a Police Officer, Severity Level 9, Person Felony).

You are therefore commanded forthwith to arrest Jerome R. Birdsong and bring him before some magistrate of said Wyandotte County, to be dealt with according to law, and then return this warrant.

Witness my hand this the 17th day of May , 2010.

Judge of the District Court of Wyandotte County, Kansas

KATHLEEN M. COLLINS

Clerk of the District Court _____

By: _____
Deputy Clerk

I hereby certify the above and foregoing to be a True and correct copy, the original of which is filed and entered record in this court.
CLERK DISTRICT COURT
WYANDOTTE CO, KS
Date 05 17 10
By _____ deputy

UG00366



FILED

2011 FEB 28 PM 2:09

CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS

BY _____ DEPUTY

**IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS**
**CRIMINAL DEPARTMENT**

|   |   |   |
|---|---|---|
| STATE OF KANSAS, | ) | |
| Plaintiff. | ) | |
| vs. | ) | Court Case Number: 2010CR0626 |
| JEROME R. BIRDSONG, | ) | |
| Defendant. | ) | |

ORDER OF DISMISSAL

NOW ON THIS 28th day of February, 2011, the above matter comes on for hearing. Plaintiff appears by and through Jerome A. Gorman, duly elected, qualified and acting District Attorney of the Twenty-ninth Judicial District of Kansas, and Mark Menefee, Assistant District Attorney.

The Court, after being well and fully advised in the premises, finds that the action should be dismissed for the following reason(s):

Per insufficient evidence.

IT IS THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED BY THE COURT that the above-entitled cause be and it is hereby dismissed.

IT IS SO ORDERED.

Costs vs. State.

_____
Judge of the District Court

APPROVED:
Jerome A. Gorman
District Attorney

By: _____
Mark Menefee # 21677
Assistant District Attorney

UG00371

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing ORDER OF DISMISSAL, was mailed to Rebecca Brock, 321 N. 14th St., Kansas City, KS., 66102 on this 28th day of February, 2011.

Mark Menefee, #2367
Assistant District Attorney

22

UG00372

| | | |
|---|---|---|
| Date: 1/25/2016 | **Wyandotte County District Court** | User: DISTATTY |
| Time: 04:09 PM | ROA Report | |
| Page 1 of 4 | Case: 2010-CR-000564  Current Judge: Robert P Burns | |
| | Defendant: Birdsong, Jerome R II | |

State of Kansas  vs.  Jerome R Birdsong II

Felony

| Date | | Judge |
|---|---|---|
| 5/5/2010 | Information<br>Document title: INFORMATION<br>Document ID: 898369 | Michael Grosko |
| | Affidavit<br>Document title: AFFIDAVIT<br>Document ID: 898370 | Michael Grosko |
| | Document sealed | |
| | Arrest Warrant Issued to Sheriff Bond amount: 5000.00   Defendant:<br>Birdsong, Jerome R | Michael Grosko |
| 5/6/2010 | Prosecutor of Record Mark Menefee | Robert P Burns |
| 5/18/2010 | Arrest Warrant Served/Returned Defendant: Birdsong, Jerome R II<br>Document title: WARRANT<br>Document ID: 910006 | Robert L Serra |
| | Hearing result for First Appearance held on 05/18/2010 09:00 AM:   First<br>Appearance Held | Robert L Serra |
| | Hearing Scheduled  (Docket Call  05/25/2010 09:00 AM) | Jan A Way |
| | 05/10/10 Surety Bond Posted (Amount 5000.00 )TERESA'S BAIL BONDS<br>Document title: SURETY BOND<br>Document ID: 910250 | Robert P Burns |
| 5/19/2010 | Surety released.  Defendant in custody | Robert L Serra |
| 5/25/2010 | Hearing result for Docket Call held on 05/25/2010 09:00 AM:   Continued by<br>defendant 06/08/10 | Jan A Way |
| | Hearing Scheduled  (Docket Call  06/08/2010 09:00 AM) | Robert L Serra |
| | Hearing Rescheduled  (Docket Call  06/08/2010 09:00 AM) | Robert L Serra |
| 6/1/2010 | Hearing result for Docket Call held on 06/08/2010 09:00 AM:   Continued to<br>06/15/10 at 9:00 a.m. Docket Call | Robert L Serra |
| | Hearing Scheduled  (Docket Call  06/15/2010 09:00 AM) | Jan A Way |
| 6/8/2010 | Hearing result for Docket Call held on 06/08/2010 09:00 AM:   Continued by<br>defendant 06/15/10 | Robert L Serra |
| | Hearing Scheduled  (Docket Call  06/15/2010 09:00 AM) | Jan A Way |
| 6/15/2010 | Hearing result for Docket Call held on 06/15/2010 09:00 AM:   Set for<br>Status 08/19/10 at 2:00 p.m. in Div 13 | Jan A Way |
| | Hearing Scheduled  (Status  08/19/2010 02:00 PM) | No Judge Assigned |
| 8/19/2010 | Hearing result for Status held on 08/19/2010 02:00 PM:   Staus hearing<br>continued by agreement to 09/30/10 at 2:00 p.m. in Div 13 | Michael Grosko |
| | Hearing Scheduled  (Status  09/30/2010 02:00 PM) | No Judge Assigned |
| 9/30/2010 | Hearing result for Status held on 09/30/2010 02:00 PM:   Continued to<br>10/19/10 at 9:00am Docket Call. | Michael Grosko |
| | Hearing Scheduled  (Docket Call  10/19/2010 09:00 AM) | Jan A Way |
| 10/19/2010 | Hearing result for Docket Call held on 10/19/2010 09:00 AM:   Defendant<br>continued 11/09/10. | Jan A Way |
| | Hearing Scheduled  (Docket Call  11/09/2010 09:00 AM) | Jan A Way |
| 11/9/2010 | Hearing result for Docket Call held on 11/09/2010 09:00 AM:    Plea set<br>12/15/2010 at 2:30pm in Division 12. | Jan A Way |

Date:  1/25/2016
Time:  04:09 PM
Page 2 of 4

**Wyandotte County District Court**
ROA Report
Case: 2010-CR-000564  Current Judge: Robert P Burns
Defendant: Birdsong, Jerome R II

User: DISTATTY

State of Kansas  vs.  Jerome R Birdsong II

Felony

| Date | | Judge |
|---|---|---|
| 11/9/2010 | Hearing Scheduled  (Plea  12/15/2010 02:30 PM) | Jan A Way |
| 12/15/2010 | Hearing result for Plea held on 12/15/2010 02:30 PM:  Defendant in custody, attorney Anthony Russo and State by Mark Menefee, attorney allowed to withdraw, continued to 12/21/10. | Jan A Way |
| | Hearing Scheduled  (Docket Call  12/21/2010 09:00 AM) | Jan A Way |
| 12/21/2010 | Hearing result for Docket Call held on 12/21/2010 09:00 AM:  Continued to 12/28/10. | Jan A Way |
| | Hearing Scheduled  (Docket Call  12/28/2010 09:00 AM) | Michael Grosko |
| | Rebecca Brock appointed, $100 BIDS fee assessed. | Jan A Way |
| 12/22/2010 | Document<br>Document title: FINANCIAL AFFIDAVIT<br>Document ID: 1110520 | Jan A Way |
| | Order appointing counsel (Rebecca Brock)<br>Document title: ORDER<br>Document ID: 1110828 | Jan A Way |
| 12/27/2010 | Email Sent  Date: 12/27/2010 07:53 am To: bettysbrain@me.com File Attached: ORDER.pdf Name of Document: ORDER | Robert P Burns |
| 12/28/2010 | Hearing result for Docket Call held on 12/28/2010 09:00 AM:  Continued to 1/11/11 at 9:00am Docket Call. | Michael Grosko |
| | Hearing Scheduled  (Docket Call  01/11/2011 09:00 AM) | Jan A Way |
| 12/29/2010 | Document<br>Document title: DEMAND FOR DISCOVERY (R BROCK)<br>Document ID: 1114814 | Robert P Burns |
| 1/11/2011 | Hearing result for Docket Call held on 01/11/2011 09:00 AM:  Preliminary hearing set 2/14/11 at 1:30pm in Division 12. | Jan A Way |
| 1/12/2011 | Hearing Scheduled  (Preliminary  02/14/2011 01:30 PM) | Jan A Way |
| 1/13/2011 | Motion for bond reduction set 01/19/11 at 11:30 am in Division 12. | Jan A Way |
| | Hearing Scheduled  (Bond Reduction Hearing  01/19/2011 11:30 AM) | Jan A Way |
| 1/19/2011 | Hearing result for Bond Reduction Hearing held on 01/19/2011 11:30 AM:  Defendant in custody attorney Rebecca Brock and State by Mark Menefee: Defendant's Motion to reduce bond denied at this time. | Jan A Way |
| 2/11/2011 | Return<br>Document title:  SUBPOENA RETURNED ATTORNEY (OFF LICKE OFF HAULMARK DET DOLESHAL OFF TRUSKEY SERVED PERSONAL SERVICE)<br>Document ID: 1153127 | Robert P Burns |
| 2/14/2011 | Praecipe: 2 Subpoena Issues to DA 2 Subpoena Returned from DA (OFF P LOCKE SRG S HAULMARK SERVED HAND DELIVERY)<br>Document title: SUBPOENA<br>Document ID: 1154785 | Robert P Burns |
| | Hearing result for Preliminary held on 02/14/2011 01:30 PM:  Defendant in custody, attorney Rebecca Brock and State by Mark Menefee: State's Motion to continue granted, (without witnesses) till 3/15/11 at 2:00pm in division 12. Bond set $2,500. | Jan A Way |
| 2/15/2011 | Hearing Scheduled  (Preliminary  03/15/2011 02:00 PM) | Jan A Way |

Date: 1/25/2016 **Wyandotte County District Court** User: DISTATTY

Time: 04:09 PM ROA Report

Page 3 of 4 Case: 2010-CR-000564 Current Judge: Robert P Burns

Defendant: Birdsong, Jerome R II

State of Kansas vs. Jerome R Birdsong II

Felony

| Date | | Judge |
|---|---|---|
| 3/1/2011 | Praecipe: 2 Subpoena Issues to DA 2 Subpoena Returned from DA (OFF P LOCKE SRG S HAULMARK SERVED HAND DELIVERY) Document title: SUBPOENA Document ID: 1169222 | Robert P Burns |
| 3/2/2011 | 3-01-11 Surety Bond Posted (Amount 5,000.00 ) Teresa's Bail Bonds Document title: SURETY BOND Document ID: 1170767 | Robert P Burns |
| 3/15/2011 | Hearing result for Preliminary held on 03/15/2011 02:00 PM:  Defendant continued preliminary hearing 4/05/11 at 2:00pm in division 12. | Jan A Way |
| 3/16/2011 | Hearing Scheduled (Preliminary  04/05/2011 02:00 PM) | Jan A Way |
| | Praecipe: 2 Subpoena Issues to DA 2 Subpoena Returned from DA (OFF P LOCKE SRG S HAULMARK SERVED HAND DELIVERY) Document title: SUBPOENA Document ID: 1186025 | Robert P Burns |
| 4/5/2011 | Hearing result for Preliminary held on 04/05/2011 02:00 PM:  Defendant, attorney Rebecca Brock and State by Mark Menefee: The court finds a crime has been committed as charged and there is probable cause to believe defendant guilty thereof.  Defendant bound over for trial, defendant waives formal arraignment and pleads not guilty.  Bond set same. Pre-trial conference set 4/15/11 at 10:30am in Division 5. | Jan A Way |
| | Plea Entered (NG 21.36a06.b.3/fe Possession of certain hallucinogenic drugs w/1 prior conviction) | Jan A Way |
| | Plea Entered (NG 08.0262.a.1.A Driving while suspended; 1st conviction) | Jan A Way |
| 4/7/2011 | Hearing Scheduled (Pretrial Conference  04/15/2011 10:30 AM) Held in Div 5 | Robert P Burns |
| 4/15/2011 | Hearing result for Pretrial Conference set for 04/15/2011 10:30 AM: Defendant failed to appear. Bench Warrant Bond Forfeiture ordered. Defendant appears late. Bench Warrant Bond Forfeiture set aside and recalled. (no bench warrant issued) Continued for Pretrial conference docket 4/20/11 at 9am in Division 8. | Robert P Burns |
| 4/18/2011 | Hearing Scheduled (Pretrial Conference  04/20/2011 09:00 AM) | Robert P Burns |
| 4/21/2011 | Hearing result for Pretrial Conference set for 04/20/2011 09:00 AM: Continued to 4/29/11 at 9:15am in Division 8. | Robert P Burns |
| | Hearing Scheduled (Pretrial Conference  04/29/2011 09:15 AM) | Robert P Burns |
| 4/29/2011 | Hearing result for Pretrial Conference held on 04/29/2011 09:15 AM: Continued to 5/13/2011 at 10am in div 8 | Robert P Burns |
| 5/2/2011 | Hearing Scheduled (Pretrial Conference  05/13/2011 10:00 AM) | Robert P Burns |
| 5/5/2011 | Document Document title: DISCOVERY RECEIPT (REBECCA BROCK) Document ID: 1234547 | Robert P Burns |
| 5/13/2011 | Hearing result for Pretrial Conference set on 05/13/2011 10:00 AM: Continued to 05-18-2011 at 10:30 AM in Division 8 | Robert P Burns |
| | Hearing Scheduled (Pretrial Conference  05/18/2011 10:30 AM) | Robert P Burns |
| | Record Taken -- Amanda Lowe, CSR.  Motions Hearing | Robert P Burns |
| 5/18/2011 | Hearing result for Pretrial Conference held on 05/18/2011 10:30 AM: Continued to 8/15/2011 for jury trial in div 8 at 9am | Robert P Burns |

UG00462

| Date: 1/25/2016 | **Wyandotte County District Court** | User: DISTATTY |
|---|---|---|
| Time: 04:09 PM | ROA Report | |
| Page 4 of 4 | Case: 2010-CR-000564  Current Judge: Robert P Burns | |
| | Defendant: Birdsong, Jerome R II | |

State of Kansas  vs.  Jerome R Birdsong II

## Felony

| Date | | Judge |
|---|---|---|
| 5/19/2011 | Record Taken -- Amanda Lowe, CSR.   Status Hearing | Robert P Burns |
| 5/23/2011 | Hearing Scheduled  (Jury Trial 08/15/2011 09:00 AM) | Robert P Burns |
| 6/2/2011 | Motion<br>Document title: DEFENDANT'S MOTION TO REINSTATE COURT APPOINTED COUNSEL (R BROCK)<br>Document ID: 1260350 | Robert P Burns |
| 6/22/2011 | State by Mark Menefee. Defendant by and through Rebecca Brock. Defendant's attorney requests to proceed without presence of defendant. Defendant's motion to rein-state counsel is moot as defendant's counsel has not been removed nor is she is she removed at this time. | Robert P Burns |
| | Record Taken -- Amanda Lowe, CSR.   Motion Hearing | Robert P Burns |
| 6/28/2011 | Order<br>Document title: ORDER FOR TRANSCRIPT (REBECCA BROCK)<br>Document ID: 1284921 | Robert P Burns |
| 7/18/2011 | Praecipe: 7 Subpoena Issues to DA 7 Subpoena Returned from DA (OFF P LOCKE OFF T TOMS OFF J REYES SRG S HAULMARK DET W MICHAEL DET S ANDERSON-SIMPSON R DOMINGUEZ SERVED HAND DELIVERY)<br>Document title: SUBPOENA<br>Document ID: 1304260 | Robert P Burns |
| 8/5/2011 | Transcript of Preliminary Hearing on April 5th, 2011 (Sharon Cahill) | Robert P Burns |
| | Fee Bill<br>Document title: COURT EXPENSE (Sharon Cahill $117.00)<br>Document ID: 1320674 | Robert P Burns |
| 8/8/2011 | Fee Bill<br>Document title: COURT EXPENSE (Sharon Cahill $18.00)<br>Document ID: 1322779 | Robert P Burns |
| | Motion<br>Document title: MOTION TO SUPPRESS (Rebecca Brock)<br>Document ID: 1322813 | Robert P Burns |
| 8/12/2011 | Hearing result for Jury Trial set for 08/15/2011 09:00 AM:   State by Mark Menefee. Defendant in person and by Rebecca Brock. Case is dismissed per plea in 10cr588. Costs vs State. | Robert P Burns |
| | Dismissal (21.36a06.b.3/fe Possession of certain hallucinogenic drugs w/1 prior conviction) | Robert P Burns |
| | Dismissal (08.0262.a.1.A Driving while suspended; 1st conviction) | Robert P Burns |
| | Case Status Change: disposed | Robert P Burns |
| | Record Taken -- Amanda Lowe, CSR.   Motion Hearing | Robert P Burns |
| 8/23/2011 | Order<br>Document title: ORDER OF DISMISSAL<br>Document ID: 1341975 | Robert P Burns |
| 8/24/2011 | Case Status Change: closed | Robert P Burns |

UG00463

Date:   1/25/2016                         **Wyandotte County District Court**                         User: DISTATTY

Time:   04:07 PM                                        ROA Report

Page 1 of 8                              Case: 2010-CR-000588  Current Judge: Robert P Burns

                                                  Defendant: Birdsong, Jerome R II

State of Kansas  vs.  Jerome R Birdsong II

<div align="center">Felony</div>

| Date | | Judge |
|---|---|---|
| 5/10/2010 | Arrest Warrant Issued to Sheriff Bond amount: 15000.00   Defendant: Birdsong, Jerome R | Robert L Serra |
| | Information<br>Document title: INFORMATION<br>Document ID: 900052 | Robert L Serra |
| | Affidavit<br>Document title: AFFIDAVIT FOR APPLICATION FOR WARRANT<br>Document ID: 900054 | Robert L Serra |
| | <div align="center">Document sealed</div> | |
| | Judge: Administrative Reassign | Robert P Burns |
| 5/11/2010 | Prosecutor of Record Mark Menefee | Robert P Burns |
| 5/18/2010 | Arrest Warrant Served/Returned Defendant: Birdsong, Jerome R II<br>Document title: WARRANT<br>Document ID: 910260 | Robert L Serra |
| | Hearing result for First Appearance held on 05/18/2010 09:00 AM:   First Appearance Held | Robert L Serra |
| | Hearing Scheduled  (Docket Call  05/25/2010 09:00 AM) | Jan A Way |
| | 05/10/10 Surety Bond Posted (Amount 15000.00 )TERESA'S BAIL BONDS<br>Document title: SURETY BOND<br>Document ID: 910266 | Robert P Burns |
| 5/19/2010 | Surety released.  Defendant in custody | Robert L Serra |
| 5/25/2010 | Hearing result for Docket Call held on 05/25/2010 09:00 AM:   Continued by defendant 06/08/10 | Jan A Way |
| | Hearing Scheduled  (Docket Call  06/08/2010 09:00 AM) | Robert L Serra |
| 6/8/2010 | Hearing result for Docket Call held on 06/08/2010 09:00 AM:   Continued by defendant to 06/15/10 | Robert L Serra |
| | Hearing Scheduled  (Docket Call  06/15/2010 09:00 AM) | Jan A Way |
| 6/15/2010 | Hearing result for Docket Call held on 06/15/2010 09:00 AM:   Set for Status 05/19/10 at 2:00 p.m. in Div 13 | Jan A Way |
| | Hearing Scheduled  (Status  08/19/2010 02:00 PM) | No Judge Assigned |
| 8/19/2010 | Hearing result for Status held on 08/19/2010 02:00 PM:   Status hearing continued by agreement to 09/30/10 at 2:00 p.m. in Div 13 | Michael Grosko |
| | Hearing Scheduled  (Status  09/30/2010 02:00 PM) | No Judge Assigned |
| 9/30/2010 | Hearing result for Status held on 09/30/2010 02:00 PM:   Continued to 10/19/10 at 9:00am Docket Call. | Michael Grosko |
| | Hearing Scheduled  (Docket Call  10/19/2010 09:00 AM) | Jan A Way |
| 10/19/2010 | Hearing result for Docket Call held on 10/19/2010 09:00 AM:   Defendant continued 11/09/10. | Jan A Way |
| | Hearing Scheduled  (Docket Call  11/09/2010 09:00 AM) | Jan A Way |
| 11/9/2010 | Hearing result for Docket Call held on 11/09/2010 09:00 AM:    Plea set 12/15/2010 at 2:30pm in Division 12. | Jan A Way |
| | Hearing Scheduled  (Plea  12/15/2010 02:30 PM) | Jan A Way |

UG00464

Date:   1/25/2016                            **Wyandotte County District Court**                            User: DISTATTY

Time:   04:07 PM                                         ROA Report

Page 2 of 8                          Case: 2010-CR-000588  Current Judge: Robert P Burns

                                         Defendant: Birdsong, Jerome R II

 State of Kansas  vs.  Jerome R Birdsong II

Felony

| Date | | Judge |
|------|---|-------|
| 12/15/2010 | Hearing result for Plea held on 12/15/2010 02:30 PM:   Defendant in custody, attorney Anthony Russo and State by Mark Menefee: attorney allowed to withdraw, continued to 12/21/10. | Jan A Way |
| | Hearing Scheduled  (Docket Call  12/21/2010 09:00 AM) | Jan A Way |
| 12/21/2010 | Hearing result for Docket Call held on 12/21/2010 09:00 AM:   Continued to 12/28/10. | Jan A Way |
| | Hearing Scheduled  (Docket Call  12/28/2010 09:00 AM) | Michael Grosko |
| 12/22/2010 | Rebecca Brock appointed, $100 BIDS fee assessed. | Jan A Way |
| | Document<br>Document title: FINANCIAL AFFIDAVIT<br>Document ID: 1110524 | Jan A Way |
| | Order appointing counsel (Rebecca Brock)<br>Document title: ORDER<br>Document ID: 1110830 | Jan A Way |
| 12/27/2010 |  Email Sent  Date: 12/27/2010 07:54 am To: bettysbrain@me.com File Attached: ORDER.pdf Name of Document: ORDER | Robert P Burns |
| 12/28/2010 | Hearing result for Docket Call held on 12/28/2010 09:00 AM:   Continued to 1/11/11 at 9:00am Docket Call. | Michael Grosko |
| | Hearing Scheduled  (Docket Call  01/11/2011 09:00 AM) | Jan A Way |
| 12/29/2010 | Document<br>Document title: DEMAND FOR DISCOVERY (R BROCK)<br>Document ID: 1114808 | Robert P Burns |
| 1/11/2011 | Hearing result for Docket Call held on 01/11/2011 09:00 AM:   Preliminary hearing set 2/14/11 at 1:30pm in Division 12. | Jan A Way |
| 1/12/2011 | Hearing Scheduled  (Preliminary  02/14/2011 01:30 PM) | Jan A Way |
| 1/13/2011 | Motion for bond reduction set 01/19/11 at 11:30 am in Division 12. | Jan A Way |
| | Hearing Scheduled  (Bond Reduction Hearing  01/19/2011 11:30 AM) | Jan A Way |
| 1/19/2011 | Hearing result for Bond Reduction Hearing held on 01/19/2011 11:30 AM:   Defendant in custody attorney Rebecca Brock and State by Mark Menefee: Defendant's Motion to reduce bond denied at this time. | Jan A Way |
| 2/11/2011 | Return<br>Document title: SUBPOENA RETURNED ATTORNEY (DET DOLESHAL OFF LOCKE OFF TOMS OFF HAULMARK OFF TRUSKEY SERVED PERSONAL SERVICE)<br>Document ID: 1153152 | Robert P Burns |
| 2/14/2011 | Praecipe: 1 Subpoena Issues to DA 1 Subpoena Returned from DA (OFF N DOLESHAL SERVED HAND DELIVERY)<br>Document title: SUBPOENA<br>Document ID: 1154768 | Robert P Burns |
| 2/15/2011 | Hearing result for Preliminary held on 02/14/2011 01:30 PM:   Defendant in custody, attorney Rebecca Brock and State by Mark Menefee: State's Motion to continue granted, without witnesses till 3/15/11 at 2:00pm in division 12. Bond $2,500. | Jan A Way |
| | Hearing Scheduled  (Preliminary  03/15/2011 02:00 PM) | Jan A Way |

Date: 1/25/2016                          **Wyandotte County District Court**                     User: DISTATTY
Time: 04:07 PM                                    ROA Report
Page 3 of 8                    Case: 2010-CR-000588  Current Judge: Robert P Burns
                                      Defendant: Birdsong, Jerome R II

State of Kansas  vs.  Jerome R Birdsong II

Felony

| Date | | Judge |
|---|---|---|
| 3/1/2011 | Praecipe: 1 Subpoena Issues to DA 1 Subpoena Returned from DA (OFF N DOLESHAL SERVED HAND DELIVERY)<br>Document title: SUBPOENA<br>Document ID: 1169167 | Robert P Burns |
| 3/2/2011 | 3-01-11 Surety Bond Posted (Amount 2,500.00 ) Teresa's Bail Bonds<br>Document title: SURETY BOND<br>Document ID: 1198252 | Robert P Burns |
| 3/15/2011 | Hearing result for Preliminary held on 03/15/2011 02:00 PM:  Defendant continued preliminary hearing 4/05/11 at 2:00pm in division 12. | Jan A Way |
| 3/16/2011 | Hearing Scheduled  (Preliminary  04/05/2011 02:00 PM) | Jan A Way |
| | Document<br>Document title: DISCOVERY RECEIPT-DATECH#1 (REBECCA BROCK)<br>Document ID: 1185236 | Robert P Burns |
| | Praecipe: 1 Subpoena Issues to DA 1 Subpoena Returned from DA (OFF N DOLESHAL SERVED HAND DELIVERY)<br>Document title: SUBPOENA<br>Document ID: 1185974 | Robert P Burns |
| 4/5/2011 | Hearing result for Preliminary held on 04/05/2011 02:00 PM:  Defendant in custody, attorney Rebecca Brock and State by Mark Menefee: (Count I Possession of Methamphetamine, Count II No Tax Stamp). The court finds a crime has been committed as charged and there is probable cause to believe defendant guilty thereof.  Defendant bound over for trial, defendant waives formal arraignment and pleads not guilty.  Bond set same. Pre-trial conference set 4/15/11 at 10:30am in  Division 5. | Jan A Way |
| | Plea Entered (NG 21.36a05.a.1 Cultivate/distribute/w/int opiates/opium/narc drug and certain stimulants) | Jan A Way |
| | Plea Entered (NG 79.5204 Taxation; Drugs; No drug tax stamp for marijuana or cont substance) | Jan A Way |
| | Plea Entered (NG 21.3608 Endangering a child; Involves child <18 yoa) | Jan A Way |
| 4/6/2011 | Hearing Scheduled  (Pretrial Conference  04/15/2011 10:30 AM) | Robert P Burns |
| 4/15/2011 | Hearing result for Pretrial Conference set for 04/15/2011 10:30 AM: Defendant failed to appear. Bench Warrant Bond Forfeiture ordered. Defendant appears late, Bench Warrant Bond Forfeiture set aside and recalled. (no bench warrant issued). Continued for Pretrial conference 4/10/11 at 9am in Division 8. | Robert P Burns |
| 4/18/2011 | Hearing Scheduled  (Pretrial Conference  04/20/2011 09:00 AM) | Robert P Burns |
| 4/19/2011 | First Amended Information (Posession of meth w/intent to distribute 21-36a05.a.1 DS3, Possession fo cntrld substance w/o Tax Stamp 79-5204 NPF10, Endangering a Child 21-3608 A MSD)<br>Document title: FIRST AMENDED INFORMATION<br>Document ID: 1218794 | Robert P Burns |
| 4/20/2011 | Hearing result for Pretrial Conference set for 04/20/2011 09:00 AM: Continued to 4/29/11 at 9:15am in Division 8. | Robert P Burns |
| 4/21/2011 | Hearing Scheduled  (Pretrial Conference  04/29/2011 09:15 AM) | Robert P Burns |
| 4/28/2011 | Motion<br>Document title: MOTION FOR PRELIMINARY HEARING<br>Document ID: 1227232 | Robert P Burns |

Date:  1/25/2016
Time:  04:07 PM
Page 4 of 8

**Wyandotte County District Court**
ROA Report
Case: 2010-CR-000588  Current Judge: Robert P Burns
Defendant: Birdsong, Jerome R II

User: DISTATTY

State of Kansas  vs.  Jerome R Birdsong II

Felony

| Date | | Judge |
|---|---|---|
| 4/28/2011 | Motion<br>Document title: MOTION FOR PRELIMINARY HEARING<br>Document ID: 1227236 | Robert P Burns |
| 4/29/2011 | Hearing result for Pretrial Conference held on 04/29/2011 09:15 AM:<br>Motion set for 5/13/2011 at 10am in div 8. | Robert P Burns |
| 5/2/2011 | Hearing Scheduled  (Motion 05/13/2011 10:00 AM) | Robert P Burns |
| 5/4/2011 | Praecipe: 1 Subpoena Issues to DA 1 Subpoena Returned from DA (OFF<br>N DOLESHAL SERVED HAND DELIVERY)<br>Document title: SUBPOENA<br>Document ID: 1235081 | Robert P Burns |
| 5/5/2011 | Document<br>Document title: DISCOVERY RECEIPT (REBECCA BROCK)<br>Document ID: 1234551 | Robert P Burns |
| 5/13/2011 | Motion<br>Document title: DEFENDANT'S MOTION TO PLEAD GUILTY AND REPLY<br>IN OPPOSITION TO STATE'S MOTION FOR A SECOND PRELIMINARY<br>(R BROCK)<br>Document ID: 1243328 | Robert P Burns |
| | Record Taken -- Amanda Lowe, CSR.   Motions Hearing | Robert P Burns |
| | Hearing result for Motion held on 05/13/2011 10:00 AM:  State by Mark<br>Menefee. Defendant in person and by Rebecca Brock. State's moiton to<br>reopen preliminary hearing is granted. Defendant does not seek dismissal.<br>Preliminary hearing set to 5/18/2011 at 10:30am in div 8. | Robert P Burns |
| 5/16/2011 | Praecipe: 1 Subpoena Issues to DA 1 Subpoena Returned from DA (OFF<br>N DOLESHAL SERVED HAND DELIVERY)<br>Document title: SUBPOENA<br>Document ID: 1244772 | Robert P Burns |
| 5/18/2011 | Record Taken -- Amanda Lowe, CSR.   Preliminary Hearing on Amended<br>Information | Robert P Burns |
| | Hearing result for Preliminary held on 05/18/2011 10:30 AM:  State by<br>Mark Menefee. Defendant's in person and by Rebecca Brock. Preliminary<br>held. Testimony by Nathan Doleshal. Court finds evidence a crime has<br>been committed as charged in first amended information and probable<br>cause to believe. Defendant guilty thereof. Defendant bound over for trial.<br>Defendant waives formal arraignment. Defendant pleads not guilty.<br>Continued for jury trial to 9/12/2011 at 9am in div. 8. | Robert P Burns |
| 6/2/2011 | Motion<br>Document title: DEFENDANT'S MOTION TO REINSTATE COURT<br>APPOINTED COUNSEL (R BROCK)<br>Document ID: 1260366 | Robert P Burns |
| | Motion<br>Document title: DEFENDANT'S MOTION TO SET ASIDE THE FINDING<br>OF INTENT TO SELL (R BROCK)<br>Document ID: 1260382 | Robert P Burns |

Date: 1/25/2016                 **Wyandotte County District Court**                 User: DISTATTY

Time: 04:07 PM                                ROA Report

Page 5 of 8                  Case: 2010-CR-000588  Current Judge: Robert P Burns

Defendant: Birdsong, Jerome R II

State of Kansas  vs.  Jerome R Birdsong II

Felony

| Date | | Judge |
|------|---|-------|
| 6/22/2011 | State by Mark Menefee. Defendant by and through Rebeeca Brock. Defendant's attorney requests to proceed without presence of defendant as did not notify defendant of hearing. Defendant's motion to reinstate counsel is moot as defendant's counsel has not been removed nor is she removed at this time. Defendant's motion to set aside finding of intent to sell is argued and denied. | Robert P Burns |
| | Record Taken -- Amanda Lowe, CSR.   Motion Hearing | Robert P Burns |
| 6/28/2011 | Order<br>Document title: ORDER FOR TRANSCRIPT (REBECCA BROCK)<br>Document ID: 1284919 | Robert P Burns |
| 7/18/2011 | Praecipe: 10 Subpoena Issues to DA 10 Subpoena Returned from DA (OFF N DOLESHAL OFF D PASSINESE OFF T TOMS OFF P LOCKE OFF J REYES OFF D UNDERWOOD DET W MICHAEL CPT S HAULMARK DET S ANDERSON-SIMPSON R DOMINGUEZ)<br>Document title: SUBPOENA<br>Document ID: 1304271 | Robert P Burns |
| 7/21/2011 | Motion<br>Document title: MOTION TO ENDORSE (MARK MENEFEE)<br>Document ID: 1307508 | Robert P Burns |
| 7/26/2011 | Motion<br>Document title: MOTION TO ENDORSE (MARK MENEFEE)<br>Document ID: 1311459 | Robert P Burns |
| | Motion<br>Document title: MOTION TO COMPEL (REBECCA BROCK)<br>Document ID: 1311556 | Robert P Burns |
| 7/28/2011 | 1 Subpoena returned from SHERIFF<br>Document title: RETURN (S SIMPSON SERVED PERSONAL SERVICE)<br>Document ID: 1314395 | Robert P Burns |
| 8/11/2011 | Transcript of Preliminary Hearing on April 5th, 2011 (Sharon Cahill) | Robert P Burns |
| | Fee Bill<br>Document title: COURT EXPENSE (Sharon Cahill $117.00)<br>Document ID: 1327056 | Robert P Burns |
| 8/12/2011 | Hearing Scheduled  (Sentencing  10/14/2011 09:00 AM) | Robert P Burns |
| | Hearing result for Plea held on 08/12/2011 09:00 AM:Plea Hrg:  State by Mark Menefee, Asst. D.A. Deft. pers. & by Rebecca Brock, atty:  Deft. pleads guilty to Ct. I of Amended information Possession of Meth level 4 Drug felony. Per plea all other charges are dismissed.   Deft. examined and plea accepted.  Sentencing deferred pending P.S.I. and Prob. Hrg; Same bond approved provided surety signs agreement.  Sentencing set for 10/14/2011 at 9am in div. 8. | Robert P Burns |
| | Guilty Plea, Judgment Entered (Guilty Plea 21.36a06.a Possess opiates/opium/narc drug and certain stimulants) | Robert P Burns |
| | Dismissal (Dismissal 79.5204 Taxation; Drugs; No drug tax stamp for marijuana or cont substance) | Robert P Burns |
| | Dismissal (Dismissal 21.3608 Endangering a child; Involves child <18 yoa) | Robert P Burns |
| | Case Status Change: disposed | Robert P Burns |

Date:  1/25/2016                          **Wyandotte County District Court**                          User: DISTATTY

Time:  04:07 PM                                          ROA Report

Page 6 of 8                          Case: 2010-CR-000588  Current Judge: Robert P Burns

                                          Defendant: Birdsong, Jerome R II

State of Kansas  vs.  Jerome R Birdsong II

Felony

| Date | | Judge |
|------|--|-------|
| 8/16/2011 | Petition<br>Document title: PETITION TO ENTER PLEA OF GUILTY<br>Document ID: 1350690 | Robert P Burns |
| 8/19/2011 | Information<br>Document title: SECOND AMENDED INFORMATION (Possession of Methamphetamine level 4 drug felony)<br>Document ID: 1334735 | Robert P Burns |
| 10/14/2011 | Hearing result for Sentencing held on 10/14/2011 09:00 AM:   State by Mark Menefee, defendant and by Rebecca Brock. Allocution. Defendants criminal history score is G. For count 1, Possession of Methamphetamine, level 4 drug felony, defendant sentenced to 15 months with Kansas Department of Corrections. Postrelease supervision of 12 months. Probation granted to Community Corrections for 18 months. Costs vs defendant. $200.00 KBI DNA Database fee. $300.00 SB 123 fee. Attorney fees $500.00. | Robert P Burns |
| | Record Taken -- Amanda Lowe, CSR.   Sentencing | Robert P Burns |
| 10/19/2011 | Order<br>Document title: ASSESSMENT OF FEES EXPENSES RESTITUTION AND FINES<br>Document ID: 1418573 | Robert P Burns |
| 10/24/2011 | Journal Entry<br>Document title: JOURNAL ENTRY OF JUDGMENT (Probation Granted)<br>Document ID: 1399816 | Robert P Burns |
| | Motion and Order<br>Document title: MOTION AND ORDER TO DISPOSE OF CONTRABAND (MARK MENEFEE)<br>Document ID: 1400769 | Robert P Burns |
| 12/19/2011 | Presentence Investigation in file/drawer.<br>Document title: PSI<br>Document ID: 1449593 | Robert P Burns |
| 8/29/2012 | Document<br>Document title: NOTIFICATION OF ARREST AND DETAIN (SHARESE THOMAS)<br>Document ID: 1695512 | Robert P Burns |
| 9/4/2012 | Motion/Order to appear for probation revocation hearing<br>Document title: REQUEST FOR INTERMEDIATE SANCTION AND ORDER OF APPEARANCE<br>Document ID: 1700398 | Wesley K Griffin |
| | Hearing Scheduled  (Revocation Hearing  09/07/2012 11:00 AM) | Robert P Burns |
| 9/7/2012 | Hearing result for Hearing held on 09/07/2012 11:00 AM:   State by Mark Menefee. Defendant in custody and by Rebecca Hamilton. State's motion for intermediate Sanction. Defendant stipulates to violations. Defendant to serve shock time through 9/24/12 at which time defendant to be released to in patient treatment. | Robert P Burns |
| 10/26/2012 | Journal Entry<br>Document title: JOURNAL ENTRY OF PROBATION REVOCATION ISSUED SHERIFF<br>Document ID: 1752647 | Robert P Burns |

UG00469

Date:  1/25/2016       **Wyandotte County District Court**       User: DISTATTY

Time:  04:07 PM       ROA Report

Page 7 of 8       Case: 2010-CR-000588  Current Judge: Robert P Burns

Defendant: Birdsong, Jerome R II

State of Kansas  vs.  Jerome R Birdsong II

Felony

| Date | | Judge |
|------|---|-------|
| 11/2/2012 | Defendant has absconded probation. Bench Warrant Ordered.<br>Document title: MOTION<br>Document ID: 1758670 | Robert P Burns |
| | Bench Warrant Issued   Bond amount: .00  Failure to Comply with probation  Defendant: Birdsong, Jerome R II<br>Document title: BENCH WARRANT ISSUED SHERIFF<br>Document ID: 1758669 | Robert P Burns |
| | Motion<br>Document title: MOTION FOR PROBATION REVOCATION AND MOTION REQUESTING WARRANT<br>Document ID: 1758670 | Robert P Burns |
| 6/18/2013 | Defendant in custody on new charges. No bond. Bench Warrant set aside and recalled. Jessica Gregory appointed. $100.00 bids fee assessed. | Robert P Burns |
| | Bench Warrant Quashed  Failure to Comply with probation  Defendant: Birdsong, Jerome R II | Robert P Burns |
| 6/25/2013 | Order<br>Document title: ORDER APPOINTING COUNSEL OR PUBLIC DEFENDER (JESSICA A GREGORY)<br>Document ID: 1965549 | Robert P Burns |
| | Order<br>Document title: BENCH WARRANT RECALL ORDER ISSUED SHERIFF<br>Document ID: 1966016 | Robert P Burns |
| 7/18/2013 | Bench Warrant set aside and recalled. No bond. Set for revocation docket 8/2/13 at 11am in Division 8. Rebecca Hamilton allowed to withdraw. | Robert P Burns |
| | Hearing Scheduled  (Revocation Hearing  08/02/2013 11:00 AM) | Robert P Burns |
| 7/22/2013 | Return<br>Document title: BENCH WARRANT RETURN SHERIFF--ISSUED 11/2/12<br>Document ID: 1988625 | Robert P Burns |
| 7/24/2013 | Entry of Appearance<br>Document title: ENTRY OF APPEARANCE (REBECCA HAMILTON)<br>Document ID: 1991120 | Robert P Burns |
| 8/2/2013 | Motion<br>Document title: MOTION FOR PROBATION REVOCATION ADDENDUM (RYAN LOCKAMY)<br>Document ID: 1999618 | Robert P Burns |
| | Hearing result for Revocation Hearing held on 08/02/2013 11:00 AM: Rebecca Brock enters appearance. Defendant surrenders probation. Defendants probation is revoked. Defendant ordered to serve balance of sentence. | Robert P Burns |
| | Journal Entry<br>Document title: JOURNAL ENTRY OF PROBATION REVOCATION Issued with Commitment Journal Entry of Judgment Information PSI to Sheriff 8/6/13<br>Document ID: 2002582 | Robert P Burns |
| 8/6/2013 | Commitment<br>Document title: COMMITMENT<br>Document ID: 2002578 | Robert P Burns |

UG00470

Date: 1/25/2016        **Wyandotte County District Court**        User: DISTATTY

Time: 04:07 PM        ROA Report

Page 8 of 8        Case: 2010-CR-000588 Current Judge: Robert P Burns

Defendant: Birdsong, Jerome R II

State of Kansas vs. Jerome R Birdsong II

<div align="center">Felony</div>

| Date | | Judge |
|------|---|-------|
| 9/10/2013 | Email Sent Date: 09/10/2013 10:57 am To: AprilS@doc.ks.gov File Attached: JOURNALENTRYOFJUDGMENT.pdf Name of Document: JOURNAL ENTRY OF JUDGMENT | Robert P Burns |
| | Email Sent Date: 09/10/2013 10:58 am To: AprilS@doc.ks.gov File Attached: JOURNALENTRYOFPROBATIONREVOCATION.pdf Name of Document: JOURNAL ENTRY OF PROBATION REVOCATION | Robert P Burns |
| | Email Sent Date: 09/10/2013 11:50 am To: AprilS@doc.ks.gov File Attached: JOURNALENTRYOFPROBATIONREVOCATION.pdf Name of Document: JOURNAL ENTRY OF PROBATION REVOCATION | Robert P Burns |
| 8/21/2014 | Email Sent Date: 08/21/2014 03:49 pm To: bettysbrain@me.com File Attached: INFORMATION.pdf Name of Document: INFORMATION | Robert P Burns |
| | Email Sent Date: 08/21/2014 03:50 pm To: bettysbrain@me.com File Attached: AFFIDAVITFORAPPLICATIONFORWARRANT.pdf Name of Document: AFFIDAVIT FOR APPLICATION FOR WARRANT | Robert P Burns |
| 7/2/2015 | Request<br>Document title: US DEPT OF JUSTICE REQUEST: CERT JE SENT<br>Document ID: 2560391 | Robert P Burns |
| 7/20/2015 | Request<br>Document title: KS FED PROBATION REQUEST: Info, 1st amd info, JE, and 2 JE of probation revocation<br>Document ID: 2573226 | No Judge Assigned |

UG00471

FILED

## 2010 MAY -5 PM 4: 10

CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSA

# AFFIDAVIT FOR APPLICATION FOR WARRANT

BY                    DEPUTY

## STATE OF KANSAS, COUNTY OF WYANDOTTE

DATE:    Tuesday, May 04, 2010                    FILE #  N201005011

Affiant, being duly sworn on oath, says that he has reason to believe as follows:

On 05/03/2010 Officer Locke #1884 had received information from East Patrol Division and South Patrol officers, that Jerome Birdsong Jr. (wm) ▮-81 had current confirmed warrants, and had been observed driving a white Chrysler with the personalized tag "Nobody", and was involved in police vehicle pursuits.

Officer Locke was familiar with Birdsong from previous encounters, and could easily identify Birdsong. On 05/03/2010 at 2051 hours, Officer Locke observed Birdsong driving a silver minivan, bearing KDOR 486 COY northbound on S. 10th Street, turning onto westbound McAlpine, Kansas City, Wyandotte County, Kansas. Officer Locke made contact with Birdsong, and took him into custody. A computer check confirmed the outstanding warrants, and that Birdsong had a SUSPENDED DRIVERS LICENSE. Officer Locke and other officers who responded to assist, could smell the odor of marijuana coming from the interior of the vehicle Birdsong had been driving. Officers located in the dash ash tray, a marijuana cigarette (field tested presumptive positive for THC, the active ingredient in marijuana), by Sgt. Haulmark #1729, as well as a black digital scale, underneath the drivers seat. Officer Doleshal #1829 also familiar with Birdsong advised of previous knowledge of a MARIJUANA POSSESSION CONVICTION, which a computer check confirms occurring on 11-12-2002. (See KS1050200 / C0378902 / CRN=02033032.

With the above information (I) Det. Michael #1641 request an arrest warrant on Jerome R. Birdsong Jr. (wm) ▮ ▮-81 for:  POSSESSION OF MARIJUANA / POSSESSION OF DRUG PARAPHERNALIA / DRIVING ON A SUSPENDED DRIVERS LICENSE.

Affiant - Det. Michael #1641

Subscribed and sworn to before me on the above date.

My Commission expires:

LEATRICE CARRILLO
NOTARY PUBLIC
STATE OF KANSAS
My Appt Exp.: 5/26/13

Leatrice Carrillo

Notary Public / District Court Judge

UG00666



2010 MAY 10 AM 9: 11

KANSAS
DEPUTY

# AFFIDAVIT FOR APPLICATION FOR WARRANT

## STATE OF KANSAS, COUNTY OF WYANDOTTE

DATE:    Saturday, May 08, 2010                    FILE # N201005045

Affiant, being duly sworn on oath, says that he has reason to believe as follows:

On 05/07/2010 at about 1800 hours Officers of the Narcotics Unit and Night-Time COPPS set out to locate and arrest Jerome Birdsong. Birdsong had been accidently released from the Wyandotte County Jail and had an active warrant for $5,000 (Felony Possession of Marijuana).

Officer Doleshal made contact with Birdsong's girlfriend, Ricio Dominguez (wf)██-88, after Dominguez was seen leaving her apartment. Officers conducted a car stop, and spoke with Dominguez. During the conversation, Dominguez agreed to assist officers in locating Birdsong.

The officers and Dominguez drove back to the area of 4127 S. Thompson, Kansas City, Wyandotte County, Kansas, where Officer Doleshal observed Jerome Birdsong standing outside, holding a small child (Birdsong's son /██ B██ (wm)██-2007). Upon Birdsong seeing the police, he threw the child to the ground and fled on foot. Officer Doleshal, along with all assisting officers chased Birdsong, and Officer Toms #1839 tackled Birdsong to the ground. While on the ground Birdsong struggled with the officers, and managed to pull a clear plastic baggie of a crystal substance from his pants pocket, and place it on the ground. The officers handcuffed Birdsong, and recovered the suspected narcotics from underneath Birdsong. Officer Doleshal conducted a field test of the crystal substance, which resulted in a positive reaction to the presumptive presence of METHAMPHETAMINE. The Methamphetamine DID NOT HAVE A KANSAS DRUG TAX STAMP affixed to it, and rendered a weight of 14.8 grams. It is historically considered that 14.8 grams of Methamphetamine is far beyond an amount for "personal use" rather, an amount for SALES OR DISTRIBUTION.

Note: Following the arrest, the child thrown to the ground was taken into police custody, and transported to JIAC as a Child in Need of Care.

We request an arrest warrant on Jerome Birdsong (wm)██81 / SSN:██5618 for: Endangering a Child / Possession of Methamphetamine W.I.T.D. / No Kansas Drug Tax Stamp

_____
Affiant - Detective KCKPD

Subscribed and sworn to before me on the above date.

My Commission expires:

_____

UG00667